**FILED**

NOV 3 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE FIRST MORTGAGE
CORPORATION,

                Plaintiff,

    v.

MICHAEL BASER and
AMERICA'S MORTGAGE CHOICE,
LLC

                Defendants.

07CV 6735
JUDGE MORAN
MAGISTRATE JUDGE COX

)
)  JURY DEMANDED
)
)
)
)

## COMPLAINT

Plaintiff The First Mortgage Corporation ("First Mortgage") brings this complaint against defendants Michael Baser ("Baser") and America's Mortgage Choice, LLC ("America's Mortgage") (collectively, "Defendants") as follows:

## CASE OVERVIEW

1.    This case arises from Defendants' misappropriation of First Mortgage's confidential, trade secret information. Baser and America's Mortgage colluded to steal First Mortgage's electronically-stored confidential customer and referral information, resulting in misappropriation of First Mortgage's trade secrets, breach of Baser's employment agreement and fiduciary duties to First Mortgage and violation of the Computer Fraud and Abuse Act.

2.    Baser is a residential loan officer who began his career in 2004 at First Mortgage, a residential mortgage lender with headquarters in Flossmoor, Illinois. In 2005 Baser became a shareholder of First Mortgage. Baser signed a Shareholder Agreement which prevents him from, among other things, competing with First Mortgage within 50 miles of its Flossmoor, Illinois headquarters for a year after he ceases being a shareholder. Beginning in July 2007, in

violation of his obligations under the Shareholder Agreement and his fiduciary duties to First

Mortgage, Baser began working for America's Mortgage, a direct competitor of First Mortgage

operating in the Chicagoland area.

      3.     Before leaving First Mortgage, and with America's Mortgage's blessing

and encouragement, Baser stole First Mortgage's confidential, trade secret customer and referral

information by downloading First Mortgage's electronic databases and sharing them with

America's Mortgage so that Defendants could use that information to build their own business.

      4.     First Mortgage is entitled to damages for Baser's breach of contract,

breach of fiduciary duty, misappropriation of trade secrets and violation of the Computer Fraud

and Abuse Act.  First Mortgage is entitled to damages from America's Mortgage for inducing

Baser to breach his contract with First Mortgage, for inducing Baser to breach his fiduciary

duties to First Mortgage, for misappropriating First Mortgage's trade secrets and for violating the

Computer Fraud and Abuse Act.

## THE PARTIES

      5.     Plaintiff First Mortgage is a residential mortgage lender.  It is incorporated

in Illinois with its principal place of business in Flossmoor, Illinois.

      6.     Defendant America's Mortgage is a residential mortgage lender.  It is

incorporated in Illinois with its principal place of business at 1100 Jorie Blvd., Suite 201, Oak

Brook, Illinois 60523.

      7.     Defendant Baser, an individual, is a former employee of First Mortgage

and is currently employed by America's Mortgage.  Baser is a citizen of Illinois who resides at

11005 Carpenter, Mokena, Illinois 60448.

2

### JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over this matter pursuant to 28

U.S.C. § 1331 in that the case arises, in part, under the Computer Fraud and Abuse Act, 18

U.S.C. § 1030. This Court has supplemental jurisdiction over the Illinois statutory and common

law claims pursuant to 28 U.S.C. § 1367(a).

9.      Venue is proper in this District pursuant to 28 U.S.C. § 1391.

### FACTS

**Baser Becomes a Loan Officer at First Mortgage**

10.      First Mortgage, one of the leading residential mortgage lenders in Chicago

and the surrounding suburbs, was established in 1984 and is a residential mortgage lender.

11.      First Mortgage has three offices. Its headquarters are in Flossmoor,

Illinois, and additional offices are in Joliet, Illinois and Dyer, Indiana.

12.      Baser was employed in First Mortgage's Flossmoor office from February

2004 until late April 2007, when he moved to First Mortgage's Joliet office. Baser worked in the

Joliet office until he resigned in July 2007.

13.      First Mortgage's president, Thomas Mencke ("Mencke"), first met Baser

in May 1999 when Baser worked for the Chicago Board of Trade and was Mencke's client. At

that time, Baser told Mencke he was interested in working in the mortgage lending industry. As

a result, Mencke arranged for Baser to train with a third-party company not affiliated with First

Mortgage in preparation for Baser to join First Mortgage as a loan officer.

14.      In February 2004, after six months of training with the third-party

company, Baser joined First Mortgage as a loan officer.

15.      First Mortgage has a number of shareholders ("Shareholders"), each of

whom owns a specific number of shares in the corporation.

16.     Although Baser did not meet the criteria to become a Shareholder, First

Mortgage allowed Baser to buy into the corporation and become a Shareholder for $50,000.

Upon information and belief, Baser obtained $45,000 to become a Shareholder with a loan from

his father.  Baser borrowed the remaining $5,000 from First Mortgage.

## The Shareholder Agreement Prohibits Baser from Competing with First Mortgage

17.     First Mortgage requires its Shareholders to enter into an agreement with

First Mortgage ("Shareholder Agreement").  On January 19, 2005, Baser signed the Shareholder

Agreement.  A true and correct copy of the relevant pages of the Shareholder Agreement is

attached as Exhibit A.

18.     In the Shareholder Agreement, Baser agreed, among other things, that for

a period of one year following his ceasing to be a Shareholder, he would not engage in

competitive business within 50 miles of First Mortgage's Flossmoor location, he would not

solicit customers from First Mortgage, and he would not solicit First Mortgage employees to

leave First Mortgage.  (Ex. A at 22-23.)

19.     Article 23 of the Shareholder Agreement, entitled "Restrictive

Covenants," states:

> that while [Baser] . . . is a shareholder of the
> Corporation and for one (1) year thereafter, [Baser]
> shall not directly or indirectly, in any capacity . . .
>
> i.      engage in any business within a fifty (50) mile radius of the
>         Corporation's offices at 19831 Governors Highway,
>         Flossmoor, Illinois, which is competitive with the business of
>         the Corporation;
>
> ii.     solicit any customer of the Corporation (which shall include
>         advising any customer that the Shareholder has begun, or will
>         begin to, work for or with any other business which is
>         competitive with the Corporation);

4

iii.    induce or encourage any customer of the Corporation to not do business with the Corporation, or to curtail or reduce the amount of business such customer does with the Corporation; or

iv.    perform any services, or accept any orders for services, for or from any customer of the Corporation.

(Ex. A at 22-23.)

20.    The Shareholder Agreement defines a customer as "any customer who is a

customer of the Corporation, or was a customer of the Corporation in the two (2) year period

prior to the date the Shareholder is no longer a shareholder of the Corporation." (Ex. A at 23.)

21.    Baser also agreed that, for a period of one year following his being a

Shareholder, he would not:

> either directly or indirectly, in any capacity . . . solicit for hire any employee of the Corporation or initiate any discussions to induce or encourage any employee of the Corporation to terminate his or her employment with the Corporation.

(Ex. A at 23.)

22.    Baser acknowledged that a court could "modify and enforce" the

restrictive covenants "to the extent that it believes to be reasonable under the circumstances

existing at that time." (Ex. A at 23.)

## The Employee Handbook Prevents Baser from Disclosing or Retaining Confidential First Mortgage Information

23.    First Mortgage developed an Employee Handbook (the "Handbook") "to

describe the expectations of [its] employees and to outline the policies, programs, and benefits

available to eligible employees." A true and correct copy of the December 15, 2006 Handbook

is attached as Exhibit B.

5

24.     On February 3, 2004, Baser acknowledged receiving a copy of the

Handbook. A true and correct copy of Baser's Employee Acknowledgement Form is attached as

Exhibit C.

25.     Among other things, the Handbook describes First Mortgage's policy

regarding non-disclosure of First Mortgage's confidential and trade secret information.

26.     Section 112 of the Handbook, entitled "Non-Disclosure," states:

> The protection of confidential business information and
> trade secrets is vital to the interests and the success of
> FIRST MORTGAGE. Such confidential information
> includes, but is not limited to, the following examples:
>
> ❖ compensation data
>
> ❖ financial information
>
> ❖ labor relations strategies
>
> ❖ marketing strategies
>
> ❖ pending projects and proposals
>
> All employees may be required to sign a non-disclosure
> agreement as a condition of employment. Employees who
> improperly use or disclose trade secrets or confidential
> business information will be subject to disciplinary action,
> up to and including termination of employment and legal
> action, even if they do not actually benefit from the
> disclosed information.

(Ex. B at § 112.)

27.     Section 702 of the Handbook, entitled "Return of Property," states:

> Employees are responsible for all FIRST MORTGAGE
> property, materials, or written information issued to them
> or in their possession or control. All FIRST MORTGAGE
> property must be returned by employees on or before their
> last day of work.

* * *

6

(Ex. B at § 702.)

**America's Mortgage is Engaged in the Same Business in the Same Area as First Mortgage**

28.     America's Mortgage is a residential mortgage broker directly competing with First Mortgage. It is headquartered in Oak Brook, Illinois with an additional office in Crystal Lake, Illinois. Upon information and belief, America's Mortgage's loan officers who work out of both the Oak Brook and Crystal Lake offices conduct business throughout the Chicagoland area, including within 50 miles of First Mortgage's Flossmoor office, regardless of the location of the office in which they "work."

29.     America's Mortgage is a start-up company that currently has six employees in two offices. Baser told Mencke that America's Mortgage intends to expand its operations to eighty locations within three years, and then sell the business.

**Baser Had Access to First Mortgage's Confidential Information**

30.     First Mortgage's biggest asset is its customers and referrals. First Mortgage has expended a great deal of time and effort developing its customer and referral information, which it stores in confidential electronic databases.

31.     First Mortgage began building its confidential, trade secret customer and referral information when it opened in 1984, and has developed that information throughout the years. In 2006, 80% of First Mortgage's business was generated through its electronic databases.

32.     Baser used First Mortgage's name and reputation to develop a customer base on behalf of First Mortgage. For instance, Baser included the First Mortgage logo on marketing materials he sent out. Potential customers and referrals were more likely to do

business with Baser because they knew he represented First Mortgage, a well-known and reliable company in the industry.

### The First Mortgage Database

33.     First Mortgage maintains its confidential customer and referral information in a database on its computer system ("First Mortgage database"). The First Mortgage database currently resides in a computer program called Encompass. Until February 2007, the First Mortgage database resided in a computer program called The Loan Handler.

34.     The First Mortgage database contains valuable and detailed confidential information about First Mortgage's customers and the terms of their loans with First Mortgage. First Mortgage began building the database in 1993 and continues to develop and use it today.

35.     First Mortgage has made efforts appropriate under the circumstances to protect the confidentiality of the First Mortgage database. One First Mortgage employee ("gatekeeper") is responsible for maintaining the First Mortgage database, which is password-protected. Loan officers are only given information relating to the First Mortgage customers with whom they work. The First Mortgage database is kept offsite at the gatekeeper's home to further protect its integrity.

### Other Databases

36.     In addition to the First Mortgage database, Baser used two different marketing databases, By Referral Only ("By Referral") and The Mortgage Coach ("Mortgage Coach"), to store First Mortgage's confidential customer and referral information.

37.     Using First Mortgage's confidential, trade secret customer and referral information, Baser built databases in By Referral and Mortgage Coach. Baser could only access his By Referral database by entering a password.

8

38.     Baser also used databases in Microsoft Excel to store First Mortgage's confidential, trade secret customer and referral information.

39.     No other loan officer at First Mortgage had access to the databases Baser used to store and maintain First Mortgage's confidential, trade secret customer and referral information. Similarly, Baser did not have access to any the databases used by other loan officers to store and maintain First Mortgage's confidential, trade secret customer and referral information.

### *Baser's Improper Use of His First Mortgage-Issued Laptop*

40.     First Mortgage issues laptop computers to all of its loan officers. All laptops are password-protected to protect the integrity of First Mortgage's confidential information. Loan officers use their First Mortgage-issued computers to, among other things, store and access First Mortgage's confidential and proprietary information.

41.     While employed by First Mortgage, Baser used a First Mortgage-issued laptop computer.

42.     Baser used his First Mortgage-issued laptop to access to First Mortgage's confidential information. Upon information and belief, Baser also used other computers, such as a home computer, to access First Mortgage's confidential information.

### America's Mortgage Induced Baser to Steal First Mortgage's Confidential Information

43.     While still employed by First Mortgage and in a position of trust and confidence at First Mortgage, Baser coordinated with America's Mortgage to breach his agreements and fiduciary duties to First Mortgage, and to steal First Mortgage's confidential and proprietary information.

44.    Upon information and belief, Baser was looking for employment with competitors of First Mortgage, and America's Mortgage in particular, as early as April 2007. At that time, claiming that his father was ill and he did not want to be indebted to him, Baser attempted to sell his shares back to First Mortgage. First Mortgage declined to purchase Baser's shares at that time, but instead offered to refinance them. Baser chose not to refinance his shares.

45.    Upon information and belief, Baser wanted to sell his shares back to First Mortgage so that he could use the money he earned on the sale to become a part owner of America's Mortgage.

46.    In early June 2007, Baser attended a strategic equities seminar in Las Vegas ("Las Vegas Seminar"). Upon information and belief, Joe Stumpf ("Stumpf"), an investor in America's Mortgage, also attended the Las Vegas Seminar. Upon information and belief, Stumpf arranged for Baser to meet with the owners and/or other investors in America's Mortgage during the Las Vegas Seminar.

47.    On July 5, 2007, Baser resigned from First Mortgage. Baser knew when he resigned that he was obligated to abide by the non-competition and non-solicitation clauses in the Shareholder Agreement after his employment with First Mortgage ended. Mencke encouraged Baser not to resign, but Baser refused.

48.    Baser's final day working for First Mortgage was July 12, 2007. That same day, Baser returned his First Mortgage-issued laptop to First Mortgage.

49.    On or around June 26, 2007, over a week before he resigned from First Mortgage, Baser purchased a computer for use on behalf of America's Mortgage. Upon information and belief, on or around that same day, America's Mortgage equipped that computer with the software necessary for Baser to conduct business on behalf of America's Mortgage.

50.    America's Mortgage was aware of the Shareholder Agreement and Baser's contractual and fiduciary obligations to First Mortgage. Baser consulted with America's Mortgage's attorney, Joanne F. Hurley ("Hurley") of Kelly, Olson, Michod, DeHaan & Richter, L.L.C. ("Kelly Olson"), at least two weeks prior to resigning from First Mortgage. Baser and Hurley discussed Baser's resignation from First Mortgage and employment with America's Mortgage as early as June 21, 2007, and perhaps earlier.

51.    Hurley reviewed and opined on the validity of the Shareholder Agreement, and perhaps other First Mortgage documents, before Baser resigned from First Mortgage.

52.    Hurley told Baser that the non-solicitation and non-competition clauses in the Shareholder Agreement were "well drafted."

**Baser Colluded with America's Mortgage to Steal First Mortgage's Confidential Information**

53.    First Mortgage has uncovered powerful evidence of Defendants' misappropriation. On June 28, 2007, Dylan Kramer ("Kramer"), CEO of America's Mortgage, sent an email to Adam Collins ("Collins"), upon information and belief an America's Mortgage employee, with a copy to Baser at Baser's Yahoo! email account ("June 28 email"). In the June 28 email Kramer asked Collins "if an LO [loan officer] exports a file or files to Fannie format if it leaves a 'digital trail' in Encompass? Will management know if someone is taking the files that way?" A true and correct copy of the June 28 email is attached as Exhibit D. Upon information and belief, "Fannie format" refers to the software that America's Mortgage uses to store customer and referral information.

54.    The June 28 email shows that: (a) that America's Mortgage colluded with and induced Baser to steal First Mortgage's confidential trade secret information *before* Baser resigned; (b) *while still employed by First Mortgage*, Baser shared First Mortgage's confidential

11

trade secret information with America's Mortgage, a direct competitor; and (c) America's Mortgage benefitted by receiving the confidential trade secret information that First Mortgage has painstakingly accumulated over the course of more than a decade.

55.     Baser also accessed an unusually large number of computer files using his First Mortgage laptop in the weeks and months before he left First Mortgage. Baser typically accessed fewer than 500 files a day. However, on June 28, July 2 and July 11, 2007, he accessed more than 500 files. On May 8, May 30 and June 21, 2007, he accessed more than 1,000 files. On June 19, 2007, he accessed more than 3,000 files.

56.     Baser accessed First Mortgage's confidential databases *after* he resigned. Baser ran Encompass on his First Mortgage- issued laptop on July 11, 2007, The Loan Handler on July 9, 2007 and Mortgage Coach on July 4 and 6, 2007. Baser also ran a CD/DVD burning software on his First Mortgage-issued laptop on July 2 and 4, 2007.

**COUNT 1**
**BREACH OF FIDUCIARY DUTY**
**(AGAINST BASER)**

57.     First Mortgage incorporates Paragraphs 1 through 56 as if fully set forth herein.

58.     As a Shareholder of First Mortgage with access to confidential and proprietary information, Baser owed First Mortgage certain fiduciary duties.

59.     Among these fiduciary duties is the duty of loyalty and fair dealing while working for First Mortgage, the duty to advance First Mortgage's interests, the duty to abide by the Shareholder Agreement and the duty not to use First Mortgage's confidential information in ways adverse to First Mortgage's interests.

60.     Baser knowingly breached these duties by, among other things: (1) colluding with America's Mortgage to steal First Mortgage's confidential trade secret

information; (2) sharing First Mortgage's confidential trade secret information with America's Mortgage; (3) using that information to his and America's Mortgage's benefit and First Mortgage's detriment while working for America's Mortgage; (4) engaging in business within a fifty mile radius of First Mortgage's Flossmoor office by working for America's Mortgage, a direct competitor of First Mortgage; (5) soliciting First Mortgage customers; (6) inducing or encouraging First Mortgage customers not to do business with First Mortgage or reducing the amount of business they do with First Mortgage; and (7) performing services for First Mortgage customers while employed by America's Mortgage.

61.    First Mortgage has been damaged as a direct and proximate result of Baser's conduct in an amount greater than $1,000,000.

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against Baser:

a)    awarding First Mortgage all actual and consequential damages, in an amount to be determined at trial;

b)    awarding First Mortgage punitive damages in an amount to be determined at trial;

c)    awarding First Mortgage its costs, expenses and attorney's fees pursuant to the Shareholder Agreement; and

d)    awarding any other relief this Court deems appropriate.

## COUNT II
## INDUCING BREACH OF FIDUCIARY DUTY
## (AGAINST AMERICA'S MORTGAGE)

62.    First Mortgage incorporates Paragraphs 1 through 60 as if fully set forth herein.

63.    As a Shareholder of First Mortgage with access to confidential and proprietary information, Baser owed First Mortgage certain fiduciary duties.

13

64.     Among these fiduciary duties is the duty of loyalty and fair dealing while working for First Mortgage, the duty to advance First Mortgage's interests, the duty to abide by the Shareholder Agreement and the duty not to use First Mortgage's confidential information in ways adverse to First Mortgage's interests.

65.     Baser knowingly breached these duties by, among other things: (1) colluding with America's Mortgage to steal First Mortgage's confidential trade secret information; (2) sharing First Mortgage's confidential trade secret information with America's Mortgage; (3) using that information to his and America's Mortgage's benefit and First Mortgage's detriment while working for America's Mortgage; (4) engaging in business within a fifty mile radius of First Mortgage's Flossmoor office by working for America's Mortgage, a direct competitor of First Mortgage; (5) soliciting First Mortgage customers; (6) inducing or encouraging First Mortgage customers not to do business with First Mortgage or reducing the amount of business they do with First Mortgage; and (7) performing services for First Mortgage customers while employed by America's Mortgage.

66.     America's Mortgage actively induced, promoted, encouraged and participated in Baser's breaches of his fiduciary duties, as described above, to First Mortgage.

67.     America's Mortgage intended to and did directly benefit by its conduct by, among other things, soliciting and employing Baser to work for America's Mortgage, employing Baser to work as a loan officer for America's Mortgage, receiving business from First Mortgage's customers and using First Mortgage's confidential trade secret information for its own benefit.

68.     As described above, America's Mortgage induced Baser to breach his fiduciary duties through a continuing pattern of willful, wanton, illegal and deliberate conduct.

14

69.    America's Mortgage took such actions with the knowledge that they would assist Baser in breaching his fiduciary duties.

70.    America's Mortgage's wrongful conduct has benefited America's Mortgage and has damaged and continues to damage First Mortgage by taking business to which First Mortgage is entitled.

71.    First Mortgage has been damaged as a direct and proximate result of America's Mortgage's conduct in an amount greater than $1,000,000.

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against America's Mortgage:

      a)  awarding First Mortgage all actual and consequential damages, in an amount to be determined at trial;

      b)  awarding First Mortgage punitive damages in an amount to be determined at trial;

      c)  awarding First Mortgage its costs, expenses and attorney's fees; and

      d)  awarding any other relief this Court deems appropriate.

## COUNT III
## BREACH OF CONTRACT
## (AGAINST BASER)

72.    First Mortgage incorporates Paragraphs 1 through 70 as if fully set forth herein.

73.    On or around January 19, 2005, Baser entered into the Shareholder Agreement with First Mortgage.

74.    The Shareholder Agreement is a valid and enforceable contract between Baser and First Mortgage.

75.    Baser agreed when he signed the Shareholder Agreement not to engage in certain activities.

76. Baser breached the Shareholder Agreement by: (1) engaging in business within a fifty mile radius of First Mortgage's Flossmoor office by working for America's Mortgage, a direct competitor of First Mortgage; (2) soliciting First Mortgage customers; (3) inducing or encouraging First Mortgage customers not to do business with First Mortgage or reducing the amount of business they do with First Mortgage; (4) performing services for First Mortgage customers while employed by America's Mortgage; and (5) copying First Mortgage's confidential trade secret information and using that information to his benefit and First Mortgage's detriment while working for America's Mortgage.

77. Baser's breaches of the Shareholder Agreement have caused First Mortgage to be injured in amount greater than $1,000,000.

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against Baser:

a) awarding First Mortgage all actual and consequential damages, in an amount to be determined at trial;

b) awarding First Mortgage its costs, expenses and attorney's fees pursuant to the Shareholder Agreement; and

c) awarding any other relief this Court deems appropriate.

### COUNT IV
### TORTIOUS INTERFERENCE WITH CONTRACT
### (AGAINST AMERICA'S MORTGAGE)

78. First Mortgage incorporates Paragraphs 1 through 76 as if fully set forth herein.

79. The Shareholder Agreement is a valid and enforceable contract between Baser and First Mortgage.

16

80.     America's Mortgage knew that Baser was bound by the Shareholder Agreement.

81.     America's Mortgage intentionally and tortiously interfered with the contract between Baser and First Mortgage by, among other things: (1) inducing Baser to engage in business within a fifty mile radius of First Mortgage's Flossmoor office on behalf of America's Mortgage; (2) inducing Baser to solicit First Mortgage customers for the benefit of America's Mortgage; (3) inducing Baser to encourage First Mortgage customers not to do business with First Mortgage or reducing the amount of business they do with First Mortgage; (4) inducing Baser to perform services for First Mortgage customers while employed by America's Mortgage; and (5) inducing Baser to copy First Mortgage's confidential trade secret information and using that information to his benefit and First Mortgage's detriment while working for America's Mortgage.

82.     By its conduct, America's Mortgage intentionally caused Baser to breach his contract with First Mortgage. America's Mortgage's conduct was intentional, malicious and unjustified, as America's Mortgage acted solely for its own benefit or solely to injure First Mortgage.

83.     Baser breached his contract with First Mortgage due to the wrongful conduct of America's Mortgage in inducing Baser to work for America's Mortgage and inducing Baser to take First Mortgage's confidential trade secret information for the benefit of America's Mortgage.

84.     As a direct and proximate result of America's Mortgage's conduct, Baser breached his obligations to First Mortgage. First Mortgage has been damaged in an amount greater than $1,000,000 as a result of this breach.

17

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against Baser:

a)  awarding First Mortgage damages sustained as a result of America's Mortgage's wrongful conduct;

b)  awarding First Mortgage punitive damages in an amount to be determined at trial;

c)  awarding First Mortgage its costs, expenses and attorney's fees; and

d)  awarding any other relief this Court deems appropriate.

## COUNT V
## MISAPPROPRIATION OF TRADE SECRETS
## (AGAINST ALL DEFENDANTS)

85.  First Mortgage incorporates Paragraphs 1 through 83 as if fully set forth herein.

86.  First Mortgage's confidential databases contain trade secrets as defined in 765 ILCS § 1065/2(d) in that they are sufficiently secret to derive economic value from not being generally known to others who can get economic value from their disclosure or use.

87.  First Mortgage makes efforts that are reasonable under the circumstances to maintain the secrecy and confidentiality of the information.

88.  First Mortgage developed its confidential trade secret information at great expense over a long period of time. It is a valuable part of First Mortgage's business and is not known or available to competitors or the public.

89.  First Mortgage has not given Defendants express or implied consent to use or disclose First Mortgage's trade secrets or confidential information.

90.  Baser's disclosure of First Mortgage's trade secrets and confidential information to America's Mortgage constitutes misappropriation of trade secrets.

18

91.    Defendants' use of First Mortgage's trade secrets and confidential information constitutes trade secret misappropriation.

92.    Defendants' actions in misappropriating First Mortgage's trade secrets were willful and malicious, entitling First Mortgage to exemplary damages under 765 ILCS § 1065/4(b) in an amount up to twice the actual damages and unjust enrichment.

93.    Because Defendants' actions were willful and malicious, First Mortgage is entitled to attorneys' fees under 765 ILCS § 1065/5.

94.    Pursuant to 765 ICLS § 1065/4, First Mortgage is entitled to actual losses caused by the Defendants' misappropriation and the amount of Defendants' unjust enrichment.

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against Defendants:

   a) awarding such damages as provided in 765 ILCS § 1065/4, including the actual loss to First Mortgage in the amount of at least $1,000,000 and the unjust enrichment to Defendants for the unauthorized use and disclosure of First Mortgage's trade secrets and confidential information, or alternatively for a reasonable royalty as provided in that section;

   b) awarding exemplary damages as provided for in 765 ILCS § 1065/4(b);

   c) awarding First Mortgage's attorneys' fees as provided for in 765 ILCS § 1065/5; and

   d) awarding any other relief this Court deems appropriate.

## COUNT VI
## VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT
### (AGAINST ALL DEFENDANTS)

95.    First Mortgage incorporates Paragraphs 1 through 93 as if fully set forth herein.

96.    First Mortgage maintains one or more computers and/or computer systems that are "protected computers" pursuant to 18 U.S.C. § 1030(e)(2)(B) because they are used in

interstate commerce and communication.  First Mortgage's confidential and proprietary information is stored on, and may be accessed from, one of these protected computers, access to which is controlled via secret passwords.

97.    Baser intentionally accessed one of First Mortgage's protected computers for the purpose of misappropriating First Mortgage's confidential and proprietary electronic information, including First Mortgage's customer databases.  Upon information and belief, Baser downloaded and copied and thus obtained substantial amounts of First Mortgage's confidential information from First Mortgage's database, which Defendants are using for their benefit.

98.    Baser downloaded and copied, and thus obtained, confidential and proprietary information from First Mortgage's computers before resigning and retained this information for Defendants' use.  Baser acted with America's Mortgage's support and encouragement, and as its agent, in obtaining First Mortgage's confidential computer information.

99.    Baser intentionally "exceeded authorized access," as that term is defined in 18 U.S.C § 1030(e)(6), to First Mortgage's protected computers by requesting and receiving access to First Mortgage's confidential databases and then logging on to First Mortgage's computer system to obtain First Mortgage's confidential databases for Defendants' gain and for use in interstate commercial activities.  Baser and America's Mortgage have thus obtained information to which they were not entitled, including via interstate communication, thereby violating 18 U.S.C § 1030(a)(2)(A) and (C).

100.    Defendants have also, knowingly and with intent to defraud First Mortgage, exceeded Baser's authorized access to First Mortgage's protected computers and

obtained First Mortgage's confidential and proprietary information, such information being of considerable value to Defendants, thereby violating 18 U.S.C. § 1030(a)(4).

101.    By exceeding, and attempting to exceed, authorized access to First Mortgage's protected computers, Defendants have caused First Mortgage to incur loss in terms of the costs of responding to Defendants' conduct aggregating to at least $5,000 during a one-year period.

102.    Defendants have also caused impairment to the integrity or availability of First Mortgage's data, by taking proprietary and confidential information from a protected computer. This information has economic value to First Mortgage in that it is used to generate business for First Mortgage.

WHEREFORE, First Mortgage asks that this Court enter an Order in its favor and against Defendants:

a)  awarding First Mortgage damages in the amount of at least $1,000,000 pursuant to 18 U.S.C. § 1030(g);

b)  awarding First Mortgage its costs, expenses, and attorney's fees; and

c)  awarding any other relief this Court deems appropriate.

FIRST MORTGAGE DEMANDS TRIAL BY JURY.

Dated: November 30, 2007

Respectfully submitted,

One of the Attorneys for The First Mortgage
Corporation

Jose A. Lopez – No. 6229739
Anna Eisner Seder – No. 6274867
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

# EXHIBIT A

## SHAREHOLDER AGREEMENT

*THIS SHAREHOLDER AGREEMENT* (the "Agreement") is made this 19th day of January, 2005, by and among MICHAEL BASER, RUSSELL BONNEMA, ROBERT BRANDLE, DAVID BROWNING, LOUIS CARILLO, DANIEL CARR, LUCY CHAVEZ, JAMES CULPEPPER, THOMAS EISNER, JOSEPH HELFRICH, ALLEN HOWARD, JOYCE MARTICH, THOMAS MENCKE, MICHAEL OWENS, WILLIAM PAUL, DYLAN PUTNAM, ROBERT SLOVIN, LUIS SOTO, ALBERT H. STONE, III, and TIMOTHY TRAUSCHT (sometimes, collectively, the "Shareholders" and individually, a "Shareholder") and THE FIRST MORTGAGE CORPORATION, a corporation organized and existing under the laws of the State of Illinois (the "Corporation").

### RECITALS

A.    The Corporation has presently authorized one hundred thousand (100,000) shares of common stock, without par value, of which thirty-five thousand twenty-five (35,025) shares are presently issued and outstanding. All or any portion of such issued and outstanding shares are hereinafter referred to as the "Shares".

B.    The Corporation has, effective on the date hereof, consummated the purchase, from ALBERT H. STONE, III (sometimes, "Jim") and from MYRON THADEN ("Myron") of the land and building commonly known as 19831 South Governors Highway, Flossmoor, Illinois (the "Real Estate").

C.    To enable the Corporation to have adequate funds to purchase the Real Estate, and meet net worth requirements essential to the operation of its business, some of the Shareholders have purchased Shares, in addition to Shares owned by them prior to the purchase of the Real Estate.

D.    Subsequent to the purchase of those Shares, as described in Recital C above, the Shareholders own all of the Shares, as set forth in Exhibit A hereto.

E.    The Corporation and the Shareholders realize that, in the event of the death of a Shareholder, or of the sale of the Shareholder's Shares during the Shareholder's lifetime, if the Shares owned by such Shareholder should pass into the ownership or control of a person other than the present Shareholders, the harmonious and successful management and control of the Corporation would tend to be disrupted.

F.    The Corporation and the Shareholders desire to avoid the happening of any such unfortunate contingency by assuring to the present Shareholders continuity of ownership and control of the Corporation through the acquisition of the Shares of a

guarantees which may be required; provided, however, that any such guaranty shall be made in proportion to a Shareholder's percentage ownership of Shares as compared to all Shareholders.

22.4.  <u>Financial Statements</u>.  Each Shareholder agrees that he or she shall promptly provide to the Corporation's lenders or potential lenders current personal financial statements as may be required by such lenders or potential lenders.

22.5.  <u>Termination of Jim's Salary</u>.  Jim acknowledges that, effective upon the execution of this Agreement, his employment by the Corporation will terminate; and that, accordingly, his annual salary in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00) will no longer be paid.

22.6.  <u>Health Insurance</u>.  The Corporation will, during the term of this Agreement, continue to maintain health insurance, at its expense, on all Shareholders, their spouses and dependents, consistent with health insurance maintained and paid by the Corporation prior to the date of this Agreement.

22.7.  <u>Ancillary and Related Businesses</u>.  The Corporation may, in the future, elect, if the Board of Directors determines in its reasonable discretion that it is appropriate to so do, to engage in the conduct and operation of businesses ancillary and related to the residential mortgage loan business including, but not limited to, the title insurance and the homeowners insurance businesses (collectively, the "Related Businesses"). Each Shareholder agrees that he or she will not, directly or indirectly, without having first obtained the written consent of the Corporation, not to be unreasonably withheld, while he or she is a shareholder of the Corporation and for one (1) year thereafter, engage in a Related Business.

## ARTICLE 23
### RESTRICTIVE COVENANTS

23.1.  <u>Non-Competition and Non-Solicitation</u>.

(a)    Except on behalf of the Company, each Shareholder agrees that while he or she is a shareholder of the Corporation and for one (1) year thereafter, such Shareholder shall not directly or indirectly, in any capacity (whether as owner, partner, member, shareholder, officer, director, broker, dealer, agent, employee, consultant or otherwise):

(i)     engage in any business within a fifty (50) mile radius of the Corporation's offices at 19831 Governors Highway, Flossmoor, Illinois which is competitive with the business of the Corporation;

(ii)    solicit any customer of the Corporation (which shall include advising any customer that the Shareholder has begun, or will begin to,

work for or with any other business which is competitive with the Corporation);

(iii)    induce or encourage any customer of the Corporation to not do business with the Corporation, or to curtail or reduce the amount of business such customer does with the Corporation; or

(iv)    perform any services, or accept any orders for services, for or from any customer of the Corporation. For purposes of this ARTICLE 23, the term "customer" shall mean any customer who is a customer of the Corporation, or was a customer of the Corporation in the two (2) year period prior to the date the Shareholder is no longer a shareholder of the Corporation.

23.2.    Employees of the Corporation. Each Shareholder agrees that, except on behalf of the Corporation, while he or she is a shareholder of the Corporation and for one (1) year thereafter, such Shareholder shall not, either directly or indirectly, in any capacity (whether as owner, partner, member, shareholder, officer, director, broker, dealer, agent, employer, consultant or otherwise) solicit for hire any employee of the Corporation or initiate any discussions to induce or encourage any employee of the Corporation to terminate his or her employment with the Corporation.

23.3.    Additional Statements. The parties acknowledge that they have attempted to limit the Shareholders' respective rights to compete only to the extent necessary to protect the Corporation from unfair competition. The parties recognize, however, that reasonable people may differ in making such a determination. Consequently, the parties hereby agree that, if the scope or enforceability of the restrictive covenants are in any way disputed at any time, a court or other trier of fact shall modify and enforce the covenant to the extent that it believes to be reasonable under the circumstances existing at that time. Each Shareholder further acknowledges that:

(a)    such Shareholder will be able to earn a livelihood without violating the foregoing restrictions; and

(b)    the Shareholder's ability to earn a livelihood without violating the foregoing restrictions is a material condition to this Agreement.

## ARTICLE 24
## GENERAL

24.1.    Prior Agreements. Certain of the Shareholders and the Corporation are parties to prior agreements related to the Shares, as such prior agreements are listed on Exhibit E attached hereto (the "Prior Shareholder Agreements"). The Corporation and each of the applicable Shareholders agrees that:

page 23

24.6. Descriptive Headings. All section headings, titles and subtitles contained herein are inserted for convenience of reference only and are to be ignored in any construction of the provisions hereof.

24.7. Counterparts. This Agreement may be executed simultaneously in any number of counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

24.8. Recitals and Exhibits. The recitals and exhibits to this Agreement are hereby made a part of this Agreement by this reference as though fully set forth in the body of this Agreement.

24.9. Waiver. Any party may waive any term, condition or requirement under this Agreement or the Exhibits hereto which is intended for its own benefit, and any waiver of any term or condition of this Agreement or the Exhibits hereto shall not operate as a waiver of any other breach of such term or condition, nor shall any failure to enforce any provision hereof or of the Exhibits hereto operate as a waiver of such provision or of any other provision hereof or the Exhibits hereto.

24.10. Disputes. Except for matters for which injunctive relief is appropriate, in the event of any dispute regarding the terms of this Agreement, the matter shall be submitted in writing to binding arbitration in Chicago, Illinois, in accordance with the rules of the American Arbitration Association or such other arbitrator as may be mutually agreed upon by the parties to the dispute. Unless otherwise agreed to by the parties to such arbitration, the arbitration shall be before a panel of three (3) arbitrators; provided, in the event the parties are unable to agree to the panel of arbitrators, disputes shall be resolved by lawsuit, filed in the appropriate court, located in Cook County, Illinois. All parties shall be provided a copy of any such request for arbitration. The prevailing party shall recover reasonable attorneys' fees and cost of arbitration in the award rendered by the arbitrator, or costs of suit. The decision of the arbitrator shall be final and binding and not subject to judicial review but may be submitted to any court of competent jurisdiction for enforcement in accordance with its terms.

24.11.) Legal Representation. The Shareholders represent and warrant that they understand that they have, at all times, been free to obtain legal advice in connection with this Agreement from one or more lawyers selected by them in their sole and unlimited discretion; and that they have informed one another and THOMAS S. EISNER that they have elected not to use their own lawyer, and not to be represented by legal counsel, in connection with this Agreement or the transactions governed by this Agreement. The Shareholders further acknowledge that THOMAS S. EISNER has solely represented the Corporation in connection with this Agreement and the transactions governed and impacted by this Agreement, and THOMAS S. EISNER has not, under any circumstances, rendered any legal services to the Shareholders in connection with this Agreement or the transactions governed and impacted by this Agreement.

The Corporation and the Shareholders have executed this Agreement on the date first above written.

THE CORPORATION:

**THE FIRST MORTGAGE CORPORATION,**
an Illinois corporation

By: _____
Name:      **BILL PAUL**
Title:       President

THE SHAREHOLDERS:

_____
MICHAEL BASER

_____
ROBERT BRANDLE

_____
LOUIS CARILLO

_____
LUCY CHAVEZ

_____
THOMAS EISNER

_____
ALLEN HOWARD

_____
THOMAS MENCKE

_____
RUSSELL BONNEMA

_____
DAVID BROWNING

_____
DANIEL CARR

_____
JAMES CULPEPPER

_____
JOSEPH HELFRICH

_____
JOYCE MARTICH

_____
MICHAEL OWENS

WILLIAM PAUL

ROBERT SLOVIN

ALBERT B. STONE, III

DYLAN PUTNAM

LUIS SOTO

TIMOTHY TRAUSCHT

# EXHIBIT B

# FIRST MORTGAGE CORPORATION



# EMPLOYEE HANDBOOK

### FOUNDED 1984



# FIRST MORTGAGE CORPORATION

# EMPLOYEE HANDBOOK

# *REVISED  12/15/06*

# Table of Contents

## Policy

INTRODUCTION
010 Title Page
020 Employee Welcome Message
031 OFFICERS
040 Introductory Statement
051 Employee Acknowledgement Form
081 OFFICE LOCATIONS

EMPLOYMENT
101 Nature of Employment
102 Employee Relations
103 Equal Employment Opportunity
105 Hiring of Relatives
107 Immigration Law Compliance
108 Conflicts of Interest
110 Outside Employment
112 Non-Disclosure

EMPLOYMENT STATUS & RECORDS
202 Access to Personnel Files
203 Employment Reference Checks
204 Personnel Data Changes
205 Introductory Period
208 Employment Applications
209 Performance Evaluation

EMPLOYEE BENEFIT PROGRAMS
301 Employee Benefits
303 Vacation Benefits
305 Holidays
306 Workers' Compensation Insurance
311 Jury Duty
313 Benefits Continuation (COBRA)
315 Paid Time Off (PTO)
316 Health Insurance
317 Life Insurance
319 Long-Term Disability
320 401(k) Savings Plan

# Policy

## TIMEKEEPING/PAYROLL
403 Paydays
404 Bereavement Pay
405 Employment Termination
409 Administrative Pay Corrections
410 Pay Deductions

## WORK CONDITIONS & HOURS
502 Work Schedules
504 Use of Phone and Mail Systems
505 Smoking
506 Rest and Meal Periods
510 Emergency Closings
514 Visitors in the Workplace
518 Workplace Monitoring

## LEAVES OF ABSENCE
601 Medical Leave
602 Family Leave
607 Pregnancy-Related Absences

## EMPLOYEE CONDUCT & DISCIPLINARY ACTION
701 Employee Conduct and Work Rules
702 Drug and Alcohol Use
703 Sexual and Other Unlawful Harassment
704 Attendance and Punctuality
705 Personal Appearance
706 Return of Property
708 Resignation
710 Security Inspections
714 Drug Testing
716 Progressive Discipline
718 Problem Resolution

## MISCELLANEOUS
800 Life-Threatening Illnesses in the Workplace
806 Suggestion Program


**FIRST MORTGAGE CORPORATION**

Welcome New Employee:

On behalf of your colleagues, we welcome you to FIRST MORTGAGE and wish you every success here.

We believe that each employee contributes directly to First Mortgage's growth and success, and we hope you will take pride in being a member of our team.

This handbook was developed to describe some of the expectations of our employees and to outline the policies, programs, and benefits available to eligible employees. Employees should familiarize themselves with the contents of the employee handbook as soon as possible, for it will answer many questions about employment with First Mortgage.

We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome!

Sincerely,

*THE BOARD OF DIRECTORS*

*FIRST MORTGAGE CORPORATION*



**FIRST
MORTGAGE
CORPORATION**

## *OFFICE LOCATIONS*

### *CORPORATE OFFICE-FLOSSMOOR*

**19831 GOVERNORS HWY.
FLOSSMOOR, IL 60422**

**708-957-2020**

### *JOLIET OFFICE*

**257 SPRINGFIELD AVE.
JOLIET, IL 60435**

**815-744-2111**

### *INDIANA OFFICE*

**1467 WEST US HIGHWAY 30
DYER, IN 46311**

**219-865-0505**



**FIRST MORTGAGE CORPORATION**

# *OFFICERS*

### *TOM MENCKE - PRESIDENT*

### *JOYCE MARTICH - SENIOR VICE PRESIDENT*

### *LUIS SOTO - VICE PRESIDENT OPERATIONS*

### *ROB SLOVIN - VICE PRESIDENT/BRANCH MANAGER JOLIET*

### *LOUIS CARRILLO - VICE PRESIDENT/BRANCH MANAGER INDIANA*

## INTRODUCTORY STATEMENT

This handbook is designed to acquaint you with *FIRST MORTGAGE* and provide you with information about working conditions, employee benefits, and some of the policies affecting your employment. You should read, understand, and comply with all provisions of the handbook. It describes many of your responsibilities as an employee and outlines the programs developed by FIRST MORTGAGE to benefit employees. One of our objectives is to provide a work environment that is conducive to both personal and professional growth.

No employee handbook can anticipate every circumstance or question about policy. As FIRST MORTGAGE continues to grow, the need may arise and FIRST MORTGAGE reserves the right to revise, supplement, or rescind any policies or portion of the handbook from time to time as it deems appropriate, in its sole and absolute discretion. The only exception to any changes is our employment-at-will policy permitting you or FIRST MORTGAGE to end our relationship for any reason at any time. Employees will, of course, be notified of such changes to the handbook as they occur.

## 101 Nature of Employment

This handbook is intended to provide employees with a general understanding of our personnel policies. Employees are encouraged to familiarize themselves with the contents of this handbook, for it will answer many common questions concerning employment with FIRST MORTGAGE.

However, this handbook cannot anticipate every situation or answer every question about employment. It is not an employment contract and is not intended to create contractual obligations of any kind. Neither the employee nor FIRST MORTGAGE is bound to continue the employment relationship if either chooses, at its will, to end the relationship at any time.

In order to retain necessary flexibility in the administration of policies and procedures, FIRST MORTGAGE reserves the right to change, revise, or eliminate any of the policies and/or benefits described in this handbook, except for its policy of employment-at-will. The only recognized deviations from the stated policies are those authorized and signed by the chief executive officer of FIRST MORTGAGE.

## 102 Employee Relations

FIRST MORTGAGE believes that the work conditions, wages, and benefits it offers to its employees are competitive with those offered by other employers in this area and in this industry. If employees have concerns about work conditions or compensation, they are strongly encouraged to voice these concerns openly and directly to their supervisors.

Our experience has shown that when employees deal openly and directly with supervisors, the work environment can be excellent; communications can be clear, and attitudes can be positive. We believe that FIRST MORTGAGE amply demonstrates its commitment to employees by responding effectively to employee concerns.

## 103 Equal Employment Opportunity

In order to provide equal employment and advancement opportunities to all individuals, employment decisions at FIRST MORTGAGE will be based on merit, qualifications, and abilities. FIRST MORTGAGE does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin, age, or any other characteristic protected by law.

This policy governs all aspects of employment, including selection, job assignment, compensation, discipline, termination, and access to benefits and training.

In addition to a commitment to provide equal employment opportunities to all qualified individuals, FIRST MORTGAGE has established an affirmative action program to promote opportunities for individuals in certain protected classes throughout the organization.

Any employees with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their immediate supervisor. Employees can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

## 105 Hiring of Relatives

The employment of relatives in the same area of an organization may cause serious conflicts and problems with favoritism and employee morale. In addition to claims of partiality in treatment at work, personal conflicts from outside the work environment can be carried into day-to-day working relationships.

Although FIRST MORTGAGE has no prohibition against hiring relatives of existing employees, we are committed to monitoring situations in which relatives work in the same area. In case of actual or potential problems, FIRST MORTGAGE will take prompt action. This can include reassignment or, if necessary, termination of employment for one or both of the individuals involved.

For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.

## 107 Immigration Law Compliance

FIRST MORTGAGE is committed to employing only United States citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are rehired must also complete the form if they have not completed an I-9 with FIRST MORTGAGE within the past three years, or if their previous I-9 is no longer retained or valid.

Employees with questions or seeking more information on immigration law issues are encouraged to contact the Administration department. Employees may raise questions or complaints about immigration law compliance without fear of reprisal.

## 108 Conflicts of Interest

Employees have an obligation to conduct business within guidelines that prohibit actual or potential conflicts of interest. This policy establishes only the framework within which FIRST MORTGAGE wishes the business to operate. The purpose of these guidelines is to provide general direction so that employees can seek further clarification on issues related to the subject of acceptable standards of operation. Contact the President for more information or questions about conflicts of interest.

Transactions with outside firms must be conducted within a framework established and controlled by the executive level of FIRST MORTGAGE. Business dealings with outside firms should not result in unusual gains for those firms. Unusual gain refers to bribes, product bonuses, special fringe benefits, unusual price breaks, and other windfalls designed to ultimately benefit either the employer, the employee, or both. Promotional plans that could be interpreted to involve unusual gain require specific executive-level approval.

An actual or potential conflict of interest occurs when an employee is in a position to influence a decision that may result in a personal gain for that employee or for a relative as a result of FIRST MORTGAGE's business dealings. For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.

No "presumption of guilt" is created by the mere existence of a relationship with outside firms. However, if employees have any influence on transactions involving purchases, contracts, or leases, it is imperative that they disclose to an officer of FIRST MORTGAGE as soon as possible the existence of any actual or potential conflict of interest so that safeguards can be established to protect all parties.

Personal gain may result not only in cases where an employee or relative has a significant ownership in a firm with which FIRST MORTGAGE does business, but also when an employee or relative receives any kickback, bribe, substantial gift, or special consideration as a result of any transaction or business dealings involving FIRST MORTGAGE.

## 110 Outside Employment

Employees may hold outside jobs as long as they meet the performance standards of their job with FIRST MORTGAGE. All employees will be judged by the same performance standards and will be subject to FIRST MORTGAGE's scheduling demands, regardless of any existing outside work requirements.

If FIRST MORTGAGE determines that an employee's outside work interferes with performance or the ability to meet the requirements of FIRST MORTGAGE as they are modified from time to time, the employee may be asked to terminate the outside employment if he or she wishes to remain with FIRST MORTGAGE.

Outside employment that constitutes a conflict of interest is prohibited. Employees may not receive any income or material gain from individuals outside FIRST MORTGAGE for materials produced or services rendered while performing their jobs.

## 112 Non-Disclosure

The protection of confidential business information and trade secrets is vital to the interests and the success of FIRST MORTGAGE. Such confidential information includes, but is not limited to, the following examples:

* compensation data
* financial information
* labor relations strategies
* marketing strategies
* pending projects and proposals

All employees may be required to sign a non-disclosure agreement as a condition of employment. Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment and legal action, even if they do not actually benefit from the disclosed information.

## 202 Access to Personnel Files

FIRST MORTGAGE maintains a personnel file on each employee. The personnel file includes such information as the employee's job application, resume, records of training, documentation of performance appraisals and salary increases, and other employment records.

Personnel files are the property of FIRST MORTGAGE, and access to the information they contain is restricted. Generally, only supervisors and management personnel of FIRST MORTGAGE who have a legitimate reason to review information in a file are allowed to do so.

With reasonable advance notice, employees may review their own personnel files in FIRST MORTGAGE's offices and in the presence of an individual appointed by FIRST MORTGAGE to maintain the files.

## 203 Employment Reference Checks

To ensure that individuals who join FIRST MORTGAGE are well qualified and have a strong potential to be productive and successful, it is the policy of FIRST MORTGAGE to check the employment references of all applicants.

FIRST MORTGAGE will respond to all reference check inquiries from other employers. Responses to such inquiries will confirm only dates of employment and position held. It is company policy not release any other employment data other than the above mentioned.

It is company policy that FIRST MORTGAGE will run an in-file credit report on all hired employees within the first 10 days of employment. It is suggested that if there is an existing credit problem this should be disclosed at this time.

## 204 Personnel Data Changes

It is the responsibility of each employee to promptly notify FIRST MORTGAGE of any changes in personnel data. Personal mailing addresses, telephone numbers, number and names of dependents, individuals to be contacted in the event of an emergency, educational accomplishments, and other such status reports should be accurate and current at all times. If any personnel data has changed, notify the Human Resources Office.

## 206 Introductory Period

The introductory period is intended to give new employees the opportunity to demonstrate their ability to achieve a satisfactory level of performance and to determine whether the new position meets their expectations. FIRST MORTGAGE uses this period to evaluate employee capabilities, work habits, and overall performance. Either the employee or FIRST MORTGAGE may end the employment relationship at will at any time during or after the introductory period, with or without cause or advance notice.

All new and rehired employees work on an introductory basis for the first 90 calendar days after their date of hire. Any significant absence will automatically extend an introductory period by the length of the absence. If FIRST MORTGAGE determines that the designated introductory period does not allow sufficient time to thoroughly evaluate the employee's performance, the introductory period may be extended for an additional 90 days.

Upon satisfactory completion of the introductory period, employees enter the "regular" employment classification.

## 208 Employment Applications

FIRST MORTGAGE relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in FIRST MORTGAGE's exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

## 209 Performance Evaluation

Supervisors and employees are strongly encouraged to discuss job performance and goals on an informal, day-to-day basis. A formal written performance evaluation will be conducted at the end of an employee's initial period of hire, known as the introductory period. Additional formal performance evaluations are conducted to provide both supervisors and employees the opportunity to discuss job tasks, identify and correct weaknesses, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting goals.

Merit-based pay adjustments are awarded by FIRST MORTGAGE in an effort to recognize truly superior employee performance. The decision to award such an adjustment is dependent upon numerous factors, including the information documented by this formal performance evaluation process.

## 301 Employee Benefits

Eligible employees at FIRST MORTGAGE are provided a wide range of benefits. A number of the programs (such as Social Security, workers' compensation, state disability, and unemployment insurance) cover all employees in the manner prescribed by law.

Benefits eligibility is dependent upon a variety of factors, including employee classification. Your supervisor can identify the programs for which you are eligible. Details of many of these programs can be found elsewhere in the employee handbook.

The following benefit programs are available to eligible employees:

* 401(k) Savings Plan
* Benefit Conversion at Termination
* Credit Union
* Dental Insurance
* Family Leave
* Holidays
* Jury Duty Leave
* Life Insurance
* Long-Term Disability
* Major Medical Insurance
* Paid Time Off (PTO)
* Vacation Benefits

**Some benefit programs require contributions from the employee, but most are fully paid by FIRST MORTGAGE.**

## 303 Vacation Benefits

Vacation time off with pay is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Employees in the following employment classification(s) are eligible to earn and use vacation time as described in this policy
* Regular full-time employees
The amount of paid vacation time employees receive each year increases with the length of their employment as shown in the following schedule:

* After 1 year of eligible service the employee is entitled to 5 vacation days each year.

* After 2 years of eligible service the employee is entitled to 10 vacation days each year.

* After 10 years of eligible service the employee is entitled to 15 vacation days each year.
The length of eligible service is calculated on the basis of a "benefit year."
This is the 12-month period that begins when the employee starts to earn vacation time. Once employees enter an eligible employment classification, they begin to earn paid vacation time according to the schedule. Earned vacation time is available for use in the year following its accrual.

*Paid vacation time can be used in maximum increments of one week.*
To take vacation, employees should request advance approval from their supervisors. Requests will be reviewed based on a number of factors, including business needs and staffing requirements. Vacation time off is paid at the employee's base pay rate at the time of vacation. It does not include overtime or any special forms of compensation such as incentives, commissions, bonuses, or shift differentials.

As stated above, employees are encouraged to use available paid vacation time for rest, relaxation, and personal pursuits. In the event that available vacation is not used by the end of the benefit year, employees will forfeit the unused time.

Upon termination of employment, employees will be paid for unused vacation time that has been earned through the last day of work.

## 305 Holidays

FIRST MORTGAGE will grant holiday time off to all employees on the holidays listed
below:

> * New Year's Day (January 1)
> * Memorial Day (last Monday in May)
> * Independence Day (July 4)
> * Labor Day (first Monday in September)
> * Thanksgiving (fourth Thursday in November)
> * Christmas (December 25)

FIRST MORTGAGE will grant paid holiday time off to all eligible employees
immediately upon assignment to an eligible employment classification. Holiday pay will
be calculated based on the employee's straight-time pay rate (as of the date of the
holiday) times the number of hours the employee would otherwise have worked on that
day. Eligible employee classification(s):

> * Regular full-time employees
> * Introductory employees

To be eligible for holiday pay, employees must work the last scheduled day
immediately preceding and the first scheduled day immediately following the holiday.

## 306 Workers' Compensation Insurance

FIRST MORTGAGE provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Subject to applicable legal requirements, workers' compensation insurance provides benefits after a short waiting period or, if the employee is hospitalized, immediately.

Employees who sustain work-related injuries or illnesses should inform their supervisor immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. This will enable an eligible employee to qualify for coverage as quickly as possible.

Neither FIRST MORTGAGE nor the insurance carrier will be liable for the payment of workers' compensation benefits for injuries that occur during an employee's voluntary participation in any off-duty recreational, social, or athletic activity sponsored by FIRST MORTGAGE.

## 311 Jury Duty

FIRST MORTGAGE encourages employees to fulfill their civic responsibilities by serving jury duty when required. Employees may request unpaid jury duty leave for the length of absence. If desired, employees may use any available paid time off (for example, vacation benefits).

Employees must show the jury duty summons to their supervisor as soon as possible so that the supervisor may make arrangements to accommodate their absence. Of course, employees are expected to report for work whenever the court schedule permits.

Either FIRST MORTGAGE or the employee may request an excuse from jury duty if, in FIRST MORTGAGE's judgment, the employee's absence would create serious operational difficulties.

FIRST MORTGAGE will continue to provide health insurance benefits for the full term of the jury duty absence.

Vacation, sick leave, and holiday benefits will continue to accrue during unpaid jury duty leave.

## 313 Benefits Continuation (COBRA)

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under FIRST MORTGAGE's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, or death of an employee; a reduction in an employee's hours or a leave of absence; an employee's divorce or legal separation; and a dependent child no longer meeting eligibility requirements.

Under COBRA, the employee or beneficiary pays the full cost of coverage at FIRST MORTGAGE's group rates plus an administration fee. FIRST MORTGAGE provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under FIRST MORTGAGE's health insurance plan. The notice contains important information about the employee's rights and obligations.

## 315 Paid Time Off (PTO)

Paid Time Off (PTO) is an all purpose time-off policy for eligible employees to use for illness or injury, and personal business. It combines personal and sick leave plans into one flexible, paid time-off policy. Employees in the following employment classification are eligible to earn and use PTO as described in this policy.

* Regular full-time employees

Once employees enter an eligible employment classification, they begin to earn PTO according to the schedule below. However, before PTO can be used, a waiting period of 90 calendar days must be completed. After that time, employees can request use of earned PTO including that accrued during the waiting period. The amount of PTO employees receive each year is shown in the following schedule:

* Upon initial eligibility the employee is entitled to 5 PTO days each year. The length of eligible service is calculated on the basis of a "benefit year." This is the 12-month period that begins when the employee starts to earn PTO.

PTO can be used in minimum increments of one hour. Employees who have an unexpected need to be absent from work should notify their direct supervisor before the scheduled start of their workday, if possible. The direct supervisor must also be contacted on each additional day of unexpected absence.

To schedule planned PTO, employees should request advance approval from their supervisors. Requests will be reviewed based on a number of factors, including business needs and staffing requirements.

PTO is paid at the employee's base pay rate at the time of absence. It does not include overtime or any special forms of compensation such as incentives or commissions

In the event that available PTO is not used by the end of the benefit year, employees will be paid for the unused time bringing the benefit balance to zero. PTO accruals will begin again in the next benefit year.

**Upon resignation of employment**, employees *will not* be paid for unused PTO that has been earned through the last day of work. However, if FIRST MORTGAGE, in its sole discretion, terminates employment for cause, forfeiture of unused PTO will result.

## 316 Health Insurance

FIRST MORTGAGE's health insurance plan provides employees and their dependents access to medical, dental, and vision care insurance benefits. Employees in the following employment classifications are eligible to participate in the health insurance plan:

* Loan Officers
* Regular full-time employees

Eligible employees may participate in the health insurance plan subject to all terms and conditions of the agreement between FIRST MORTGAGE and the insurance carrier.

A change in employment classification that would result in loss of eligibility to participate in the health insurance plan may qualify an employee for benefits continuation under the Consolidated Omnibus Budget Reconciliation Act (COBRA). Refer to the Benefits Continuation (COBRA) policy for more information.

Information on cost of coverage will be provided in advance of enrollment to eligible employees. Contact the Administrative Department for more information about health insurance benefits.

## 317 Life Insurance

Life insurance offers you and your family important financial protection. FIRST MORTGAGE provides a basic life insurance plan for eligible employees.

Employees in the following employment classifications are eligible to participate in the life insurance plan:

* Loan Officers
* Regular full-time employees
* Introductory employees

Eligible employees may participate in the life insurance plan subject to all terms and conditions of the agreement between FIRST MORTGAGE and the insurance carrier.

Details of the basic life insurance plan including benefit amounts are described in the Summary Plan Description provided to eligible employees. Contact the Administrative Department for more information about life insurance benefits.

## 319 Long-Term Disability

FIRST MORTGAGE provides a long-term disability (LTD) benefits plan to help eligible employees cope with an illness or injury that results in a long-term absence from employment. LTD is designed to ensure a continuing income for employees who are disabled and unable to work.

Employees in the following employment classifications are eligible to participate in the LTD plan:

* Loan Officers
* Regular full-time employees
* Introductory employees

Eligible employees may participate in the LTD plan subject to all terms and conditions of the agreement between FIRST MORTGAGE and the insurance carrier. Eligible employees may begin LTD coverage only after completing 180 calendar days of service.

Details of the LTD benefits plan including benefit amounts, and limitations and restrictions are described in the Summary Plan Description provided to eligible employees. Contact the Human Resources Director for more information about LTD benefits.

## 320 401(k) Savings Plan

FIRST MORTGAGE has established a 401(k) savings plan to provide employees the potential for future financial security for retirement.

To be eligible to join the 401(k) savings plan, you must be 21 years of age or older. You may join the plan only during open enrollment periods. Eligible employees may participate in the 401(k) plan subject to all terms and conditions of the plan. Open enrollment is in May and November of each calender year.

The 401(k) savings plan allows you to elect how much salary you want to contribute and direct the investment of your plan account, so you can tailor your own retirement package to meet your individual needs.

Because your contribution to a 401(k) plan is automatically deducted from your pay before federal and state tax withholdings are calculated, you save tax dollars now by having your current taxable amount reduced. While the amounts deducted generally will be taxed when they are finally distributed, favorable tax rules typically apply to 401(k) distributions.

Complete details of the 401(k) savings plan will be provided at time of enrollment to eligible employees. Contact the Administrative Department for more information about the 401(k) plan.

## 403 Paydays

SALARIED employees are paid biweekly on every other Friday. LOAN OFFICERS are paid monthly on the first friday day of the month. Each paycheck will include earnings for all work performed through the end of the previous payroll period.

If a regular payday falls during an employee's vacation, the employee may receive his or her earned wages before departing for vacation if a written request is submitted at least one week prior to departing for vacation.

## 404 Bereavement Pay

Bereavement pay has been added to our handbook effective 1/20/03.

FIRST MORTGAGE has a policy on death of immediate family (Father, Mother, Brother, Sister & Children), FIRST MORTGAGE will pay up to Three days of bereavement.

## 405 Employment Termination

Termination of employment is an inevitable part of personnel activity within any organization, and many of the reasons for termination are routine. Below are examples of some of the most common circumstances under which employment is terminated.

- Resignation – voluntary employment termination initiated by an employee.
- Discharge – involuntary employment termination initiated by the organization.
- Layoff – involuntary employment suspension initiated by the organization.

FIRST MORTGAGE will generally schedule exit interviews at the time of employment termination. The exit interview will afford an opportunity to discuss such issues as employee benefits, conversion privileges, repayment of outstanding debts to FIRST MORTGAGE, or return of FIRST MORTGAGE-owned property. Suggestions, complaints, and questions can also be voiced.

A loan officer will, upon termination with or without cause, be paid commission income only, consistent with payments of commissions to the loan officer immediately preceding termination, on loans processed by or on behalf of the loan officer, closed within thirty (30) days after termination. Commission income will not be paid unless loans are sold on the secondary mortgage market, and FIRST MORTGAGE receives payment from the loan purchaser.

Since employment with FIRST MORTGAGE is based on mutual consent, both the employee and FIRST MORTGAGE have the right to terminate employment at will, with or without cause, at any time.

Employee benefits will be affected by employment termination in the following manner. All accrued, vested benefits that are due and payable at termination will be paid. The employee will be notified in writing of the benefits that may be continued and of the terms, conditions, and limitations of such continuance.

## 409 Administrative Pay Corrections

FIRST MORTGAGE takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of the Administration Department so that corrections can be made as quickly as possible.

## 410 Pay Deductions

FIRST MORTGAGE offers programs and benefits beyond those required by law. Eligible employees may voluntarily authorize deductions from their pay checks to cover the costs of participation in these programs.

There are holidays in which the LOAN OFFICERS contribute to the clerical staff gifts. These deductions are made in the commission check following the holiday. ( Examples: Christmas-Secretaries Day-Valentine Day etc....)

If you have questions concerning why deductions were made from your pay check or how they were calculated, your supervisor can assist in having your questions answered.

## 502 Work Schedules

Work schedules for employees vary throughout our organization. Supervisors will advise employees of their individual work schedules. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week.

## 504 Use of Phone and Mail Systems

Personal use of telephones for outgoing calls, including local calls, is not permitted. Employees may be required to reimburse FIRST MORTGAGE for any charges resulting from their personal use of the telephone.

The use of FIRST MORTGAGE-paid postage for personal correspondence is not permitted.

To ensure effective telephone communications, employees should always use the approved greeting and speak in a courteous and professional manner. Please confirm information received from the caller, and hang up only after the caller has done so.

## 505 Smoking

In keeping with FIRST MORTGAGE's intent to provide a safe and healthful work environment, smoking is prohibited throughout the workplace.

This policy applies equally to all employees, customers, and visitors.

## 506 Rest and Meal Periods

Each workday, full-time employees are provided with 2 BREAKS of 15 minutes in length. 10:00 A.M. AND 3:00 P.M.. Since this time is counted and paid as time worked, employees must not be absent from their work stations beyond the allotted BREAK period time.

All full-time SALARIED employees are provided with one meal period of 60 minutes in length each workday. Supervisors will schedule meal periods to accommodate operating requirements. Employees will be relieved of all active responsibilities and restrictions during meal periods and will not be compensated for that time.

## 510 Emergency Closings

At times, emergencies such as severe weather, or power failures, can disrupt company operations. In extreme cases, these circumstances may require the closing of a work facility. In the event that such an emergency occurs during nonworking hours you will call the FLOSSMOOR OFFICE 708-957-2020, a message regarding the closing will be on the automated system. The same message will also say when the office will reopen.

When operations are officially closed due to emergency conditions, the time off from scheduled work will be paid.

In cases where an emergency closing is not authorized, employees who fail to report for work will not be paid for the time off. Employees may request available paid leave time such as unused vacation benefits.

## 514 Visitors in the Workplace

To provide for the safety and security of employees and the facilities at FIRST MORTGAGE, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, protects against theft, ensures security of equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances.

Because of safety and security reasons, family and friends of employees are discouraged from visiting. In cases of emergency, employees will be called to meet any visitor outside their work area.

All visitors should enter FIRST MORTGAGE at the reception area. Authorized visitors will receive directions or be escorted to their destination. Employees are responsible for the conduct and safety of their visitors.

If an unauthorized individual is observed on FIRST MORTGAGE's premises, employees should immediately notify their supervisor or, if necessary, direct the individual to the reception area.

## 518 Workplace Monitoring

Workplace monitoring may be conducted by FIRST MORTGAGE to ensure quality control, employee safety, security, and customer satisfaction.

Computers furnished to employees are the property of FIRST MORTGAGE. As such, computer usage and files may be monitored or accessed.

Because FIRST MORTGAGE is sensitive to the legitimate privacy rights of employees, every effort will be made to guarantee that workplace monitoring is done in an ethical and respectful manner.

## 601 Medical Leave

FIRST MORTGAGE provides medical leaves of absence without pay to eligible employees who are temporarily unable to work due to a serious health condition or disability. For purposes of this policy, serious health conditions or disabilities include Inpatient care in a hospital, hospice, or residential medical care facility; and continuing treatment by a health care provider. Employees in the following employment classifications are eligible to request medical leave as described in this policy:

### * Regular full-time employees *Loan Officers

Eligible employees may request medical leave only after having completed 12 MONTHS of service. Exceptions to the service requirement will be considered to accommodate disabilities. Eligible employees should make requests for medical leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

A health care provider's statement must be submitted verifying the need for medical leave and its beginning and expected ending dates. Any changes in this information should be promptly reported to FIRST MORTGAGE. Employees returning from medical leave must submit a health care provider's verification of their fitness to return to work.

Eligible employees are normally granted leave for the period of the disability, up to a maximum of 12 weeks within any 12 month period. Any combination of medical leave and family leave may not exceed this maximum limit. Employees will be required to first use any accrued paid leave time before taking unpaid medical leave. Employees who sustain work-related injuries are eligible for a medical leave of absence for the period of disability in accordance with all applicable laws covering occupational disabilities.

Subject to the terms, conditions, and limitations of the applicable plans, FIRST MORTGAGE will continue to provide health insurance benefits for the full period of the approved medical leave.

Benefit accruals, such as vacation, sick leave, and holiday benefits, will continue during the approved medical leave period.

So that an employee's return to work can be properly scheduled, an employee on medical leave is requested to provide FIRST MORTGAGE with at least two weeks advance notice of the date the employee intends to return to work. When a medical leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified.

If an employee fails to return to work on the agreed upon return date, FIRST MORTGAGE will assume that the employee has resigned.

## 602 Family Leave

FIRST MORTGAGE provides family leaves of absence without pay to eligible employees who wish to take time off from work duties to fulfill family obligations relating directly to childbirth, adoption, or placement of a foster child; or to care for a child, spouse, or parent with a serious health condition. A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility; or continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request family leave as described in this policy:
> * Regular full-time employees *Loan Officers

Eligible employees may request family leave only after having completed 12 MONTHS of service. Eligible employees should make requests for family leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events. Employees requesting family leave related to the serious health condition of a child, spouse, or parent may be required to submit a health care provider's statement verifying the need for a family leave to provide care, its beginning and expected ending dates, and the estimated time required. Eligible employees may request up to a maximum of 12 weeks of family leave within any 12 month period. Any combination of family leave and medical leave may not exceed this maximum limit. Married employee couples may be restricted to a combined total of 12 weeks leave within any 12 month period for childbirth, adoption, or placement of a foster child; or to care for a parent with a serious health condition. Subject to the terms, conditions, and limitations of the applicable plans, FIRST MORTGAGE will continue to provide health insurance benefits for the full period of the approved family leave. Benefit accruals, such as vacation, sick leave, and holiday benefits will continue during the approved family leave period.

So that an employee's return to work can be properly scheduled, an employee on family leave is requested to provide FIRST MORTGAGE with at least two weeks advance notice of the date the employee intends to return to work. When a family leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified.

If an employee becomes ill and has been off for 12 weeks , this will be considered the employees family medical leave. If an employee fails to return to work on the agreed upon return date, FIRST MORTGAGE will assume that the employee has resigned.

## 607 Pregnancy-Related Absences

FIRST MORTGAGE will not discriminate against any employee who requests an excused absence for medical disabilities associated with pregnancy. Such leave requests will be evaluated according to the medical leave policy provisions outlined in this handbook and all applicable federal and state laws.

Requests for time off associated with pregnancy and/or childbirth, such as bonding and child care, not related to medical disabilities for those conditions will be considered in the same manner as other requests for unpaid family or personal leave.

## 701 Employee Conduct and Work Rules

To ensure orderly operations and provide the best possible work environment, FIRST MORTGAGE expects employees to follow rules of conduct that will protect the interests and safety of all employees and the organization.

It is not possible to list all the forms of behavior that are considered unacceptable in the workplace. The following are examples of infractions of rules of conduct that may result in disciplinary action, up to and including termination of employment:

   * Theft or inappropriate removal or possession of property
   * Working under the influence of alcohol or illegal drugs
   * Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
   * Fighting or threatening violence in the workplace
   * Boisterous or disruptive activity in the workplace
   * Negligence or improper conduct leading to damage of employer-owned or customer-owned property
   * Insubordination or other disrespectful conduct
   * Smoking in prohibited areas
   * Sexual or other unlawful or unwelcome harassment
   * Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace
   * Excessive absenteeism or any absence without notice
   * Unauthorized use of telephones, mail system, or other employer-owned equipment
   * Unauthorized disclosure of business "secrets" or confidential information
   * Violation of personnel policies
   * Unsatisfactory performance or conduct

Employment with FIRST MORTGAGE is at the mutual consent of FIRST MORTGAGE and the employee, and either party may terminate that relationship at any time, with or without cause, and with or without advance notice.

## 702 Drug and Alcohol Use

It is FIRST MORTGAGE's desire to provide a drug-free, healthful, and safe workplace. To promote this goal, employees are required to report to work in appropriate mental and physical condition to perform their jobs in a satisfactory manner.

While on FIRST MORTGAGE premises and while conducting business-related activities off FIRST MORTGAGE premises, no employee may use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs. The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner that does not endanger other individuals in the workplace.

Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

To inform employees about important provisions of this policy, FIRST MORTGAGE has established a drug-free awareness program. The program provides information on the dangers and effects of substance abuse in the workplace, resources available to employees, and consequences for violations of this policy.

Under the Drug-Free Workplace Act, an employee who performs work for a government contract or grant must notify FIRST MORTGAGE of a criminal conviction for drug-related activity occurring in the workplace. The report must be made within five days of the conviction.

Employees with questions on this policy or issues related to drug or alcohol use in the workplace should raise their concerns with their supervisor or the Executive Office without fear of reprisal.

### 703 Sexual and Other Unlawful Harassment

MORTGAGE is committed to providing a work environment that is free of discrimination and unlawful harassment. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion, or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited.

Any employee who wants to report an incident of sexual or other unlawful harassment should promptly report the matter to his or her supervisor. If the supervisor is unavailable, or the employee believes it would be inappropriate to contact that person, the employee should immediately contact the Executive Offices or any other member of management. Employees can raise concerns and make reports without fear of reprisal.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment should promptly advise the Executive Offices or any member of management who will handle the matter in a timely and confidential manner.

Anyone engaging in sexual or other unlawful harassment will be subject to disciplinary action, up to and including termination of employment.

## 7.04 Attendance and Punctuality

To maintain a safe and productive work environment, FIRST MORTGAGE expects employees to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other employees and on FIRST MORTGAGE. In the rare instances when employees cannot avoid being late to work or are unable to work as scheduled, they should notify their supervisor as soon as possible in advance of the anticipated tardiness or absence.

Poor attendance and excessive tardiness are disruptive. Either may lead to disciplinary action, up to and including termination of employment.

## 7.05 Personal Appearance

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the business image FIRST MORTGAGE presents to customers and visitors.

During business hours, employees are expected to present a clean and neat appearance and to dress according to the requirements of their positions. Employees who appear for work inappropriately dressed will be sent home and directed to return to work in proper attire. Under such circumstances, employees will not be compensated for the time away from work.

Consult your supervisor or department head if you have questions as to what constitutes appropriate attire.

## 708 Return of Property

Employees are responsible for all FIRST MORTGAGE property, materials, or written information issued to them or in their possession or control. All FIRST MORTGAGE property must be returned by employees on or before their last day of work. Where permitted by applicable laws, FIRST MORTGAGE may withhold from the employee's check or final paycheck the cost of any items that are not returned when required. FIRST MORTGAGE may also take all action deemed appropriate to recover or protect its property.

## 708 Resignation

Resignation is a voluntary act initiated by the employee to terminate employment with FIRST MORTGAGE. Although advance notice is not required, FIRST MORTGAGE requests at least two weeks' written resignation notice from all employees.

Prior to an employee's departure, an exit interview will be scheduled to discuss the reasons for resignation and the effect of the resignation on benefits.

## 710 Security Inspections

FIRST MORTGAGE wishes to maintain a work environment that is free of illegal drugs, alcohol, firearms, explosives, or other improper materials. To this end, FIRST MORTGAGE prohibits the possession, transfer, sale, or use of such materials on its premises. FIRST MORTGAGE requires the cooperation of all employees in administering this policy.

Desks, lockers, and other storage devices may be provided for the convenience of employees but remain the sole property of FIRST MORTGAGE. Accordingly, they, as well as any articles found within them, can be inspected by any agent or representative of FIRST MORTGAGE at any time, either with or without prior notice.

FIRST MORTGAGE likewise wishes to discourage theft or unauthorized possession of the property of employees, FIRST MORTGAGE, visitors, and customers. To facilitate enforcement of this policy, FIRST MORTGAGE or its representative may inspect not only desks and lockers but also persons entering and/or leaving the premises and any packages or other belongings. Any employee who wishes to avoid inspection of any articles or materials should not bring such items onto FIRST MORTGAGE's premises.

## 714 Drug Testing

FIRST MORTGAGE is committed to providing a safe, efficient, and productive work environment for all employees. Using or being under the influence of drugs or alcohol on the job may pose serious safety and health risks. To help ensure a safe and healthful working environment, job applicants and employees may be asked to provide body substance samples (such as urine and/or blood) to determine the illicit or illegal use of drugs and alcohol. Refusal to submit to drug testing may result in disciplinary action, up to and including termination of employment.

Copies of the drug testing policy will be provided to all employees. Questions concerning this policy or its administration should be directed to the Administration Department.

## 716 Progressive Discipline

The purpose of this policy is to state FIRST MORTGAGE's position on administering equitable and consistent discipline for unsatisfactory conduct in the workplace. The best disciplinary measure is the one that does not have to be enforced and comes from good leadership and fair supervision at all employment levels.

FIRST MORTGAGE's own best interest lies in ensuring fair treatment of all employees and in making certain that disciplinary actions are prompt, uniform, and impartial. The major purpose of any disciplinary action is to correct the problem, prevent recurrence, and prepare the employee for satisfactory service in the future.

Although employment with FIRST MORTGAGE is based on mutual consent and both the employee and FIRST MORTGAGE have the right to terminate employment at will, with or without cause or advance notice, FIRST MORTGAGE may use progressive discipline at its discretion.

Disciplinary action may call for any of four steps — verbal warning, written warning, suspension with or without pay, or termination of employment — depending on the severity of the problem and the number of occurrences. There may be circumstances when one or more steps are bypassed.

Progressive discipline means that, with respect to most disciplinary problems, these steps will normally be followed: a first offense may call for a verbal warning; a next offense may be followed by a written warning; another offense may lead to a suspension; and, still another offense may then lead to termination of employment.

FIRST MORTGAGE recognizes that there are certain types of employee problems that are serious enough to justify either a suspension, or, in extreme situations, termination of employment, without going through the usual progressive discipline steps.

By using progressive discipline, we hope that most employee problems can be corrected at an early stage, benefiting both the employee and FIRST MORTGAGE.

## 718 Problem Resolution

FIRST MORTGAGE is committed to providing the best possible working conditions for its employees. Part of this commitment is encouraging an open and frank atmosphere in which any problem, complaint, suggestion, or question receives a timely response from FIRST MORTGAGE supervisors and management.

FIRST MORTGAGE strives to ensure fair and honest treatment of all employees. Supervisors, managers, and employees are expected to treat each other with mutual respect. Employees are encouraged to offer positive and constructive criticism. If employees disagree with established rules of conduct, policies, or practices, they can express their concern through the problem resolution procedure. No employee will be penalized, formally or informally, for voicing a complaint with FIRST MORTGAGE in a reasonable, business-like manner, or for using the problem resolution procedure. If a situation occurs when employees believe that a condition of employment or a decision affecting them is unjust or inequitable, they are encouraged to make use of the following steps. The employee may discontinue the procedure at any step.

1. Employee presents problem to immediate supervisor within 30 calendar days, after incident occurs. If supervisor is unavailable or employee believes it would be inappropriate to contact that person, employee may present problem to Executive Office or any other member of management.
2. Supervisor responds to problem during discussion or within 30 calendar days, after consulting with appropriate management, when necessary. Supervisor documents discussion.
3. Employee presents problem to Vice President of Human Resources within 30 calendar days, if problem is unresolved.
4. Vice President of Human Resources counsels and advises employee, assists in putting problem in writing, visits with employee's manager(s), if necessary, and directs employee to President for review of problem.
5. Employee presents problem to President in writing.
6. President reviews and considers problem. President informs employee of decision within 30 calendar days, and forwards copy of written response to Vice President of Human Resources for employee's file. The President has full authority to make any adjustment deemed appropriate to resolve the problem.

Not every problem can be resolved to everyone's total satisfaction, but only through understanding and discussion of mutual problems can employees and management develop confidence in each other. This confidence is important to the operation of an efficient and harmonious work environment, and helps to ensure everyone's job security.

## 800 Life-Threatening Illnesses in the Workplace

Employees with life-threatening illnesses, such as cancer, heart disease, and AIDS, often wish to continue their normal pursuits, including work, to the extent allowed by their condition. FIRST MORTGAGE supports these endeavors as long as employees are able to meet acceptable performance standards. As in the case of other disabilities, FIRST MORTGAGE will make reasonable accommodations in accordance with all legal requirements, to allow qualified employees with life-threatening illnesses to perform the essential functions of their jobs.

Medical information on individual employees is treated confidentially. FIRST MORTGAGE will take reasonable precautions to protect such information from inappropriate disclosure. Managers and other employees have a responsibility to respect and maintain the confidentiality of employee medical information. Anyone inappropriately disclosing such information is subject to disciplinary action, up to and including termination of employment.

## 806 Suggestion Program

As employees of FIRST MORTGAGE, you have the opportunity to contribute to our future success and growth by submitting suggestions for practical work-improvement or cost-savings ideas.

All regular employees are eligible to participate in the suggestion program.

A suggestion is an idea that will benefit FIRST MORTGAGE by solving a problem, reducing costs, improving operations or procedures, enhancing customer service, eliminating waste or spoilage, or making FIRST MORTGAGE a better or safer place to work. Statements of problems without accompanying solutions, or recommendations concerning co-workers and management are not appropriate suggestions.

All suggestions should contain a description of the problem or condition to be improved, a detailed explanation of the solution or improvement, and the reasons why it should be implemented. If you have questions or need advice about your idea, contact your supervisor for help.

Submit suggestions to the Operations Manager and, after review, they will be forwarded to Administration for review. . As soon as possible, you will be notified of the adoption or rejection of your suggestion.

Special recognition and a cash award will be given to employees who submit a suggestion that is implemented. If your suggestion is implemented, Administration will determine the cash award that will be made. Cash awards are based on the subjective judgment of the Committee and range from a minimum of 25.00 dollars to a maximum of 100.00 dollars, depending on the measurable value of the suggestion.

# Index

# (Policy number shown in brackets)

401(K) SAVINGS PLAN  [320]
ABSENTEEISM
  see Attendance and Punctuality  [704]
ACCESS TO PERSONNEL FILES  [202]
ACKNOWLEDGEMENT FORM
  see Employee Acknowledgement Form  [051]
ADA
  see Equal Employment Opportunity  [103]
ADMINISTRATIVE PAY CORRECTIONS  [409]
ADOPTION
  see Family Leave  [602]
AFFIRMATIVE ACTION
  see Equal Employment Opportunity  [103]
AIDS
  see Life-Threatening Illnesses in the Workplace  [800]
ALCOHOL ABUSE
  see Drug and Alcohol Use  [702]
APPEARANCE
  see Personal Appearance  [705]
APPLICATIONS FOR EMPLOYMENT
  see Employment Applications  [208]
ATTENDANCE AND PUNCTUALITY  [704]
BENEFITS CONTINUATION (COBRA)  [313]
BRIBES
  see Conflicts of Interest  [108]
CANCER
  see Life-Threatening Illnesses in the Workplace  [800]
CHILD CARE
  see Family Leave  [602]
COBRA
  see Benefits Continuation (COBRA)  [313]
COLLECTIVE BARGAINING AGENT
  see Employee Relations  [102]
COMPANY PROPERTY
  see Return of Property  [706]
  see Use of Phone and Mail Systems  [504]
COMPLAINT PROCEDURES

see Problem Resolution  [718]
CONFIDENTIALITY
see Non-Disclosure  [112]
CONFLICTS OF INTEREST  [108]
CONTINUATION OF BENEFITS
see Benefits Continuation (COBRA)  [313]
CORRECTIVE ACTIONS
see Progressive Discipline  [716]
COURT APPEARANCE
see Jury Duty  [311]
DEDUCTIONS FROM PAY
see Pay Deductions  [410]
DESK INSPECTIONS
see Security Inspections  [710]
DISCIPLINARY PROCEDURES
see Progressive Discipline  [716]
DISCIPLINE
see Employee Conduct and Work Rules  [701]
see Progressive Discipline  [716]
DISCRIMINATION
see Equal Employment Opportunity  [103]
see Sexual and Other Unlawful Harassment  [703]
DISEASES
see Life-Threatening Illnesses in the Workplace  [800]
DISPUTE RESOLUTION
see Problem Resolution  [718]
DRESS CODE
see Personal Appearance  [705]
DRUG AND ALCOHOL USE  [702]
DRUG TESTING  [714]
EEO
see Equal Employment Opportunity  [103]
ELDERCARE
see Family Leave  [602]
EMERGENCY CLOSINGS  [510]
EMPLOYEE ACKNOWLEDGEMENT FORM  [051]
EMPLOYEE BENEFITS  [301]
EMPLOYEE CONDUCT AND WORK RULES  [701]
EMPLOYEE FILES
see Access to Personnel Files  [202]
EMPLOYEE INFORMATION
see Personnel Data Changes  [204]
EMPLOYEE RELATIONS  [102]
EMPLOYEE REPRESENTATIVES

see Employee Relations [102]
EMPLOYEE WARNINGS
   see Progressive Discipline [716]
EMPLOYEE WELCOME MESSAGE [020]
EMPLOYMENT APPLICATIONS [208]
EMPLOYMENT REFERENCE CHECKS [203]
EMPLOYMENT TERMINATION [405]
EMPLOYMENT-AT-WILL
   see Employee Acknowledgement Form [051]
   see Employee Conduct and Work Rules [701]
   see Introductory Statement [040]
   see Nature of Employment [101]
   see Progressive Discipline [716]
EQUAL EMPLOYMENT OPPORTUNITY [103]
EVALUATION
   see Performance Evaluation [209]
FAMILY LEAVE [602]
FLEXIBLE SCHEDULING
   see Work Schedules [502]
FLEXTIME
   see Work Schedules [502]
FMLA
   see Family Leave [602]
   see Medical Leave [601]
GRIEVANCE PROCEDURES
   see Problem Resolution [718]
HARASSMENT
   see Sexual and Other Unlawful Harassment [703]
HEALTH INSURANCE [316]
HIRING OF RELATIVES [105]
HIV
   see Life-Threatening Illnesses in the Workplace [800]
HOLIDAYS [305]
ILLNESS
   see Medical Leave [601]
ILLNESSES
   see Life-Threatening Illnesses in the Workplace [800]
IMMIGRATION LAW COMPLIANCE [107]
INSPECTIONS, WORK AREA
   see Security Inspections [710]
INSURANCE, HEALTH
   see Health Insurance [316]
INSURANCE, LIFE
   see Life Insurance [317]

INSURANCE, WORKERS' COMP
   see Workers' Compensation Insurance [306]
INTRODUCTORY PERIOD [205]
INTRODUCTORY STATEMENT [040]
IRCA
   see Immigration Law Compliance [107]
JOB APPLICATIONS
   see Employment Applications [208]
JURY DUTY [311]
KICKBACKS
   see Conflicts of Interest [108]
LATENESS
   see Attendance and Punctuality [704]
LIFE INSURANCE [317]
LIFE-THREATENING ILLNESSES IN THE WORKPLACE [800]
LOCKER INSPECTIONS
   see Security Inspections [710]
LONG-TERM ILLNESS
   see Medical Leave [601]
MAIL, PERSONAL USE OF
   see Use of Phone and Mail Systems [504]
MATERNITY LEAVE
   see Pregnancy-Related Absences [607]
MEDICAL INSURANCE
   see Health Insurance [316]
MEDICAL LEAVE [601]
MISCONDUCT
   see Employee Conduct and Work Rules [701]
MONITORING, WORKPLACE
   see Workplace Monitoring [518]
MOONLIGHTING
   see Outside Employment [110]
NATURE OF EMPLOYMENT [101]
NEPOTISM
   see Hiring of Relatives [105]
NON-DISCLOSURE [112]
OFFICE LOCATIONS [081]
OFFICE PHONE AND MAIL SYSTEMS
   see Use of Phone and Mail Systems [504]
OFFICERS [031]
OPEN DOOR POLICY
   see Problem Resolution [718]
OUTSIDE EMPLOYMENT [110]
PAID TIME OFF (PTO) [315]

PARENTAL LEAVE
  see Family Leave [602]
PATERNITY LEAVE
  see Family Leave [602]
PAY CHECK ERRORS
  see Administrative Pay Corrections [409]
PAY CORRECTIONS
  see Administrative Pay Corrections [409]
PAY DEDUCTIONS [410]
PAYDAYS [403]
PERFORMANCE EVALUATION [209]
PERFORMANCE REVIEW
  see Performance Evaluation [209]
PERSONAL APPEARANCE [705]
PERSONAL CONDUCT
  see Employee Conduct and Work Rules [701]
PERSONAL USE OF OFFICE PHONE AND MAIL
  see Use of Phone and Mail Systems [504]
PERSONNEL DATA CHANGES [204]
PERSONNEL RECORDS
  see Access to Personnel Files [202]
PREGNANCY-RELATED ABSENCES [607]
PREGNANCY
  see Medical Leave [601]
  see Pregnancy-Related Absences [607]
PRIVACY
  see Workplace Monitoring [518]
PROBLEM RESOLUTION [718]
PROGRESSIVE DISCIPLINE [716]
PROPERTY
  see Return of Property [706]
RELATIVES
  see Hiring of Relatives [105]
RESIGNATION [708]
REST AND MEAL PERIODS [506]
RETIREMENT PLAN
  see 401(k) Savings Plan [320]
RETURN OF PROPERTY [706]
REVIEW, EMPLOYEE PERFORMANCE
  see Performance Evaluation [209]
RULES OF CONDUCT
  see Employee Conduct and Work Rules [701]
SAVINGS PLAN
  see 401(k) Savings Plan [320]

SECURITY INSPECTIONS [710]
SECURITY
  see Visitors in the Workplace [514]
SEXUAL AND OTHER UNLAWFUL HARASSMENT [703]
SMOKING [505]
SUGGESTION PROGRAM [806]
SURVEILLANCE, VIDEO
  see Workplace Monitoring [518]
SUSPENSIONS
  see Progressive Discipline [716]
TARDINESS
  see Attendance and Punctuality [704]
TELEPHONE, PERSONAL USE OF
  see Use of Phone and Mail Systems [504]
TERMINATION OF EMPLOYMENT
  see Resignation [708]
TITLE PAGE [010]
UNAUTHORIZED VISITORS
  see Visitors in the Workplace [514]
USE OF PHONE AND MAIL SYSTEMS [504]
VACATION BENEFITS [303]
VISITORS IN THE WORKPLACE [514]
VOLUNTARY RESIGNATION
  see Resignation [708]
WARNINGS
  see Progressive Discipline [716]
WORK AREA INSPECTIONS
  see Security Inspections [710]
WORK SCHEDULES [502]
WORKERS' COMPENSATION INSURANCE [306]
WORKPLACE MONITORING [518]

# EXHIBIT C



## EMPLOYEE ACKNOWLEDGEMENT FORM

This employee handbook has important information about FIRST MORTGAGE.

I have entered into my employment relationship with FIRST MORTGAGE voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or FIRST MORTGAGE can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to FIRST MORTGAGE's policy of employment-at-will. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the president of FIRST MORTGAGE has the ability to adopt any revisions to the policies in this handbook.

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document. I have received the handbook and understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

I acknowledge the my advances of such from First Mortgage that are to be settled, so charges should will be deducted from my paycheck.

EMPLOYEE'S NAME (printed)

_____

EMPLOYEE'S SIGNATURE

_____

1181 GOVERNORS HIGHWAY     SUITE 100     FLOSSMOOR, IL 60422     (708) 957-2020

# EXHIBIT D

Yahoo! | My Yahoo! | Mail | Tutorials | More      **Make Y! your home page**         Welcome, **baser428** Sign Out | Help

# YAHOO! MAIL

Search: [                    ]    [ Web Search ]

FXCM taps multiple banks
for streaming quotes, to get
you the best spreads.
FXCM    CURRENCY TRADING INVOLVES SIGNIFICANT RISK OF LOSS.    WWW.FXCM.COM

| **Mail** | **Addresses** ▼ | **Calendar** ▼ | **Notepad** ▼ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]      [              ]   [ Search Mail ]  [ Search the Web ]

⚠ A card in 3 days
for bad credit*

Previous | Next | Back to Messages

[ Delete ]  [ Reply ▼ ]  [ Forward ▼ ]  [ Spam ]  [ Move ▼ ]

This message is not flagged. [ Flag Message – Mark as Unread ]                Printable V

**Folders**    [Add - Edit]

**Inbox (352)**
Draft
Sent
**Bulk (17)**   [Empty]
Trash    [Empty]

**Search Shortcuts**

My Photos
My Attachments

Online Degree
Programs

GEICO Insurance
Get a quote!

Life Dreams For
Adults 50+

Poor credit? Need $?
4 of 5 approved!

| From: | "Dylan Kramer" <dylan@dylankramer.com>  ] View Contact Details  ] Add Mobile Aler |
| To: | "Adam Collins" <acollins@amchq.com> |
| CC: | "Mike Baser" <baser428@yahoo.com> |
| Subject: | Encompass Trail |
| Date: | Thu, 28 Jun 2007 09:04:52 -0500 |



Adam,

Do you know if an LO exports a file or files to Fannie
format if it leaves a "digital trail" in Encompass?  Will
management know if someone is taking the files that way?

Sincerely,

Dylan Kramer

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.9.10/873 – Release Date: 6/28/2007 11:54 PM

**Attachments**                          Attachment scanning provided by: Norton **AntiViru**

Photos:

Scan and Save to Computer          Scan and Save to Computer

| x |                              | x |

**dk.jpg** (35k) [View]              **dksig.gif** (2k) [View]

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move ▼]

Previous | Next | Back to Messages          Save Message Text | Full Head

[Check Mail]  [Compose]          [          ]          [Search Mail]  [Search the Web]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy