

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 3 0 2007
Nov 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | JURY DEMAND |
| MICHAEL BASER and AMERICA'S ) | |
| MORTGAGE CHOICE, LLC, ) | |
| Defendants. | 07CV 6735 |
| | JUDGE MORAN |
| | MAGISTRATE JUDGE COX |

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff The First Mortgage Corporation hereby states that it is a privately held corporation with no parent corporation. There is no public corporation holding more than 10% of The First Mortgage Corporation's stock. No publicly held entity owns more than 5% of The First Mortgage Corporation's stock.

Dated: November 30, 2007

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

Jose A. Lopez – No. 6229739
Anna Eisner Seder – No. 6274867
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

176063_1.DOC