# Affidavit of Process Server

The First Mortgage Corp.    vs   Michael Bases, et al.    07CV6735
PLAINTIFF/PETITIONER                 DEFENDANT/RESPONDENT              CASE #

Being duly sworn, on my oath, I __Karl Brown__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __America's Mortgage Choice, LLC__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) ☒ __Natasha Arocho__

at ☐ Home_____
☐ Business_____
☐ on (DATE) __12/3/07__ at (TIME) __1:10pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Natasha Arocho  Admin. Asst.__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
                                                   DATE  TIME        DATE  TIME
( )_____, ( )_____, ( )_____
  DATE  TIME   DATE  TIME   DATE  TIME

**Description:**
☐ Male        ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☒ 21-35 Yrs.   ☒ 5'0"-5'3"     ☒ 100-130 Lbs.
              ☐ Yellow Skin  ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
              ☒ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

__Karl Brown__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __5__ day of __December__, 20__07__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.