AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE FIRST MORTGAGE CORPORATION,

V.

MICHAEL BASER and
AMERICA'S MORTGAGE CHOICE, LLC

**07CV 6735
JUDGE MORAN
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

America's Mortgage Choice, L.L.C.
1100 Jorie Boulevard, Suite 1100
Oak Brook, Illinois 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Schopf & Weiss LLP
One South Wacker Drive
28th floor
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 3 0 2007
DATE