AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

THE FIRST MORTGAGE CORPORATION,

V.

MICHAEL BASER and
AMERICA'S MORTGAGE CHOICE, LLC

CASE NUMBER: 07CV 6735
JUDGE MORAN
ASSIGNED JUDGE: MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Baser
11005 Carpenter
Mokena, Illinois 60448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Schopf & Weiss LLP
One South Wacker Drive
28th floor
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 3 0 2007

DATE