IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL BASER and ) <br> AMERICA'S MORTGAGE ) <br> CHOICE, LLC, ) <br> ) <br> Defendants. ) | No. 07 C 6735 <br><br> Hon. James B. Moran <br><br> Mag. Judge Susan E. Cox |

**DEFENDANT AMERICA'S MORTGAGE CHOICE, LLC'S
AGREED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, AMERICA'S MORTGAGE CHOICE, LLC, by their attorneys, and for their Agreed Motion for an Extension of Time to Answer or Otherwise Plead, state as follows:

1. The Complaint in this case contains factual allegation pertaining to America's Mortgage Choice, LLC's ("America's Mortgage Choice") former Counsel, Ms. Joanne Hurley.

2. In light of these allegations, America's Mortgage Choice, LLC and its then counsel recognized the potential that Plaintiff would bring a motion to disqualify Ms. Hurley and her law firm. This potential was subsequently confirmed by Plaintiff's counsel.

3. America's Mortgage Choice then consulted other counsel and confirmed the representation by the undersigned on December 21, 2007.

4. Prior counsel in this case had reached an agreement that all Defendants would answer or otherwise plead by January 11, 2008.

5. Considering the undersigned counsel has yet to obtain the complete copy of the file in the above-captioned case, America's Mortgage Choice requests an additional 21 day extension of time within which to answer or otherwise plead.

6. Counsel for the Plaintiff has been contacted and has agreed to this extension of time.

7. This motion is not made for purposes of delay or harassment and the Defendant has a just and meritorious defense to the claims asserted against it.

WHEREFORE, for the reasons stated above, defendant AMERICA'S MORTGAGE CHOICE, LLC respectfully requests that the Court grant an extension of time within which to answer or otherwise plead to February 1, 2008.

Respectfully submitted,

By: /s/                    Richard J. Prendergast
Attorney for America's Mortgage Choice

Richard J. Prendergast, Esq.
John C. Ellis, Esq.
Michael T. Layden, Esq.
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881