IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   07 C 6735 |
| MICHAEL BASER and AMERICA'S MORTGAGE CHOICE, LLC, | ) ) ) ) ) | Hon. James B. Moran<br><br>Mag. Judge Susan E. Cox |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **January 10, 2008,** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, defendant shall appear before the Honorable Judge Milton I. Shadur, Room 2303 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the attached **Defendant America's Mortgage Choice, LLC's Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is herewith served upon you.

/s/   John C. Ellis

Richard J. Prendergast, Esq.
John C. Ellis, Esq.
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois  60602
(312) 641-0881

### CERTIFICATE OF SERVICE

John C. Ellis, an attorney, certifies that he caused a copy of the foregoing **Notice** and **Defendant America's Mortgage Choice, LLC's Agreed Motion for Extension of Time to Answer or Otherwise Plead** to be served upon the service list, via electronic means, on this 7th day of **January**, 2008.

/s/   John C. Ellis

## SERVICE LIST

*The First Mortgage Corp. v. Baser, et al.*
*Case No. 07 C 6735*

Jose A. Lopez
Anna Eisner Seder
SCHOPF & WEISS LLP
One S. Wacker Dr., 28th Floor
Chicago, Illinois 60606

Norman J. Lerum
NORMAN J. LERUM, P.C.
100 W. Monroe St., Suite 2100
Chicago, Illinois 60603