IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   07 C 6735 |
| MICHAEL BASER and AMERICA'S MORTGAGE CHOICE, LLC, | ) ) ) ) ) | Hon. James B. Moran  Mag. Judge Susan E. Cox |
| Defendants. | ) | |

**DEFENDANT AMERICA'S MORTGAGE CHOICE, LLC'S
MOTION FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, AMERICA'S MORTGAGE CHOICE, LLC, by their attorneys, and for their Motion for an Extension of Time to Answer or Otherwise Plead, state as follows:

1. America's Mortgage Choice retained the undersigned on December 21, 2007.

2. Since that date, America's Mortgage Choice and First Mortgage have made genuine efforts toward reaching an out of court resolution to their dispute.

3. In the meantime, the undersigned counsel have been engaged in numerous matters, including, but not limited to, extensive investigation, numerous depositions and other discovery in the Civil RICO matter of *LaFlamboy v. Landek et al.*, Case No. 1:05-cv-04994, pending in the Northern District of Illinois before the Honorable Amy J. St. Eve. The undersigned counsel represent three defendants in that matter and are presently

working to complete all fact discovery by February 1, 2008. Plaintiffs have disclosed over 150 persons with knowledge pursuant to Rule 26(a).

4. Agreement for this motion has been sought from and refused by counsel for First Mortgage.

5. Efforts to resolve this dispute will continue in earnest between now and the time sought by this motion. The America's Mortgage Choice and their counsel believe these efforts may prove to be the most productive use of time between now and that date.

6. This motion is not made for purposes of delay or harassment and the Defendant has a just and meritorious defense to the claims asserted against it.

WHEREFORE, for the reasons stated above, defendant AMERICA'S MORTGAGE CHOICE, LLC respectfully requests that the Court grant an extension of time within which to answer or otherwise plead to February 26, 2008.

Respectfully submitted,

By: /s/          Richard J. Prendergast
Attorney for America's Mortgage Choice

Richard J. Prendergast, Esq.
John C. Ellis, Esq.
Michael T. Layden, Esq.
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881

2