IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   07 C 6735 |
| MICHAEL BASER and AMERICA'S MORTGAGE CHOICE, LLC, | ) ) ) ) ) | Hon. James B. Moran<br><br>Mag. Judge Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

  **PLEASE TAKE NOTICE** that on **February 5, 2008,** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, defendant shall appear before the Honorable Judge James B. Moran, Room 1843 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the attached **Defendant America's Mortgage Choice, LLC's Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is herewith served upon you.

     /s/    Richard J. Prendergast

Richard J. Prendergast, Esq.
John C. Ellis, Esq.
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois  60602
(312) 641-0881

## CERTIFICATE OF SERVICE

  Richard J. Prendergast, an attorney, certifies that he caused a copy of the foregoing **Notice** and **Defendant America's Mortgage Choice, LLC's Motion for Extension of Time to Answer or Otherwise Plead** to be served upon the service list, via electronic means, on this **31st** day of **January**, 2008.

     /s/    Richard J. Prendergast

## SERVICE LIST

*The First Mortgage Corp. v. Baser, et al.*
*Case No. 07 C 6735*

Jose A. Lopez
Anna Eisner Seder
SCHOPF & WEISS LLP
One S. Wacker Dr., 28th Floor
Chicago, Illinois  60606
Fax: (312) 701-9335


Norman J. Lerum
NORMAN J. LERUM, P.C.
100 W. Monroe St., Suite 2100
Chicago, Illinois  60603
Fax: (312) 782-3773