## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The First Mortgage Corporation, )<br> )<br>Plaintiff, )<br> )<br> )<br>v. )<br> )<br> )<br>Michael Baser and America's Mortgage )<br>Choice, LLC )<br> )<br>Defendants. ) | Case No. 07 cv 6735<br>Judge James B. Moran<br>Magistrate Judge Susan E. Cox |

### NOTICE OF FILING

Please take notice that on February 1, 2008, I caused to be filed with the United States District Court, Northern District of Illinois: *Notice of Motion, Defendant Michael Baser's Motion for Summary Judgment on Count VI and to Dismiss for Lack of Subject Matter Jurisdiction, Affidavit of Michael Baser,* and *Defendant Michael Baser's Local Rule 56.1 Statement*, copies of which are hereby electronically served upon you.

Respectfully submitted,

_____
Norman J. Lerum, Attorney for Defendant
Michael Baser

### CERTIFICATE OF SERVICE

I certify that on February 1, 2008 I caused copies of the above and foregoing referred to herein to be served in accordance with the Court's general order on electronic case filing.

_____
Norman J. Lerum, Attorney for Defendant
Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone:  312.782-1087
Facsimile:    312.782-3773