## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The First Mortgage Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 cv 6735 |
| v. ) | Judge James B. Moran |
| ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage ) | |
| Choice, LLC ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on February 5, 2008 at 9:00 a.m., I shall appear before the Honorable James B. Moran, or any other judge sitting in his place and stead, in Room 1843 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the *Defendant Michael Baser's Motion for Summary Judgment on Count VI and to Dismiss for Lack of Subject Matter Jurisdiction,* a copy of which is hereby electronically served upon you.

Respectfully submitted,

/s/ Norman J. Lerum
Norman J. Lerum, Attorney for Defendant
Michael Baser

### CERTIFICATE OF SERVICE

I certify that on February 1, 2008 I caused a copy of the above and foregoing Notice and the Motion referred to therein to be served in accordance with the Court's general order on electronic case filing.

/s/ Norman J. Lerum
Norman J. Lerum, Attorney for Defendant
Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone: 312.782-1087
Facsimile: 312.782-3773