# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The First Mortgage Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 cv 6735 |
| v. ) | Judge James B. Moran |
| ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage ) | |
| Choice, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Please take notice that on February 1, 2008, I caused to be filed with the United States District Court, Northern District of Illinois: *Notice of Motion, Defendant Michael Baser's Motion for Summary Judgment on Count VI and to Dismiss for Lack of Subject Matter Jurisdiction, Affidavit of Michael Baser,* and *Defendant Michael Baser's Local Rule 56.1 Statement,* copies of which are hereby electronically served upon you.

Respectfully submitted,

_____
Norman J. Lerum, Attorney for Defendant
Michael Baser

## CERTIFICATE OF SERVICE

I certify that on February 1, 2008 I caused copies of the above and foregoing referred to herein to be served in accordance with the Court's general order on electronic case filing.

_____
Norman J. Lerum, Attorney for Defendant
Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone:  312.782-1087
Facsimile:   312.782-3773