# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

The First Mortgage Corporation
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06735
                                                        Honorable James B. Moran

Michael Baser, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge James B. Moran :Defendant America's Mortgage Choice, LLC's motion for an extension of time in which to answer or otherwise plead to and including 2/26/2008 [21] is granted. Plaintiff's response to defendant Michael Baser's motion for summary judgment on Count VI and to dismiss for lack of subject matter jurisdiction [24] to be filed by 2/19/2008. Defendant Michael Baser's reply to be filed by 3/4/2008. Motion hearing held on 2/5/2008 regarding motion for summary judgment[24]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.