# EXHIBIT 1

Yahoo! | My Yahoo! | Mail | Tutorials | More       Make Y! your home page       Welcome, **baser428** Sign Out | Help

# YAHOO! MAIL

Search: [                    ] [Web Search]

eb Y

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ |   Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]           [         ]   [Search Mail] [Search the Web]

See your credit score - free

**Inbox**                                         Switch to the new Yahoo! Mail  [✖]

View: All Messages                       Messages 1-25 of 487   First | Previous | Next | Last

**Folders** [Add - Edit]
Inbox (420)
Draft
Sent
**Bulk (10)** [Empty]
Trash [Empty]

**Search Shortcuts**
My Photos
My Attachments

BLOCKBUSTER DVD's Store/Mail
Find Any Email Address
Refi and save 6.3% 30-yr.* fix
BLOCKBUSTER Starts @ 5.99/mo

[Delete] [Spam] [Mark ▼] [Move... ▼]

| ☐ | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Dylan Kramer | FW: Can you send everything to this address | Thu Jun 28, 2007 | 60k |
| ☐ | Adam Collins | RE: Encompass Trail | Thu Jun 28, 2007 | 56k |
| ☐ | Dylan Kramer | Encompass Trail | Thu Jun 28, 2007 | 55k |
| ☐ | **Mike Baser** | FW: Mortgage Mastery Implementation | **Wed Jun 27, 2007** | **18k** |
| ☐ | **Mike Baser** | FW: KW INTERNET CODE | **Wed Jun 27, 2007** | **11k** |
| ☐ | Tracy Battaglia | RE: A note from Tracy | Wed Jun 27, 2007 | 5k |
| ☐ | Joanne F. Hurley | RE: Fax | Wed Jun 27, 2007 | 4k |
| ☐ | Apple | Thank you for registering your Mac. | Tue Jun 26, 2007 | 17k |
| ☐ | Tracy Battaglia | Reminder | Tue Jun 26, 2007 | 34k |
| ☐ | Dylan Kramer | RE: Taylor Bean | Tue Jun 26, 2007 | 3k |
| ☐ | Dylan Kramer | Taylor Bean | Mon Jun 25, 2007 | 56k |
| ☐ | Tracy Battaglia | All employee meeting | Mon Jun 25, 2007 | 2580k |
| ☐ | Dylan Kramer | AMC benefits meeting | Mon Jun 25, 2007 | 55k |
| ☐ | **Brookfield Zoo** | **Help Us Make Your Membership Even Better!** | **Mon Jun 25, 2007** | **14k** |
| ☐ | Joanne F. Hurley | RE: Engagement letter | Mon Jun 25, 2007 | 6k |
| ☐ | Dylan Kramer | Re: Exhibit A follow up | Fri Jun 22, 2007 | 8k |
| ☐ | Joanne F. Hurley | RE: question | Fri Jun 22, 2007 | 9k |
| ☐ | Dylan Kramer | Exhibit A follow up | Fri Jun 22, 2007 | 126k |
| ☐ | help@craigslist.org | craigslist.org: New | Fri Jun 22, 2007 | 1k |

| | | | | |
|---|---|---|---|---|
| ☐ | | Craigslist Account | | |
| ☐ | Joanne F. Hurley | RE: question | Fri Jun 22, 2007 | 6k |
| ☐ | Joanne F. Hurley | question | Thu Jun 21, 2007 | 7k |
| ☐ | Joanne F. Hurley | Engagement letter | Thu Jun 21, 2007 | 67k |
| ☐ | Dylan Kramer | Loan Officer Agreement | Thu Jun 21, 2007 | 471k |
| ☐ | Dylan Kramer | RE: Email for Response | Thu Jun 14, 2007 | 4k |
| ☐ | Dylan Kramer | Email for Response | Thu Jun 14, 2007 | 88k |

Check All - Clear All         Messages 1-25 of 487    First | Previous | Next | Last

[ Delete ]  [ Spam ]  [ Mark ▼ ]  [ Move... ▼ ]

**Add Mail Preview to your personalized My Yahoo! page. About My Yahoo!**
[+ MY YAHOO!]

[ Check Mail ]  [ Compose ]                    [           ]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy