# EXHIBIT 2

Yahoo! | My Yahoo! | Mail | Tutorials | More     Make Y! your home page     Welcome, **baser428** Sign Out | Help

**YAHOO! MAIL**     Search: [        ]  [Web Search]

YAHOO! REAL ESTATE — Search Homes

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ |     Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                       [        ]   [Search Mail]  [Search the Web]

Earn a degree in less than 2 yrs

**Folders**   [Add - Edit]

**Inbox (351)**
Draft
Sent
**Bulk (16)**   [Empty]
Trash           [Empty]

**Search Shortcuts**
My Photos
My Attachments

BLOCKBUSTER DVD's Store/Mail
Find Any Email Address
6.3% 30-yr. fixed rate*. Refi
BLOCKBUSTER DVD's Store/Mail

Previous | Next | Back to Messages

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Dylan Kramer" <dylan@dylankramer.com>   View Contact Details | Add Mobile Ale
**To:** "'Mike Baser'" <baser428@yahoo.com>
**Subject:** RE: Taylor Bean
**Date:** Tue, 26 Jun 2007 11:34:07 -0500

Yes

-----Original Message-----
From: Mike Baser [mailto:baser428@yahoo.com]
Sent: Tuesday, June 26, 2007 11:22 AM
To: Dylan Kramer
Subject: Re: Taylor Bean

I am going to purchase a computer today.  Do you want
me to drop it off so that your tech guy can load it up
with what I will need.

--- Dylan Kramer <dylan@dylankramer.com> wrote:

>
>   HYPERLINK "http://www.amchq.com/images/dk.jpg"
>
>
> Hey Everyone,
>
> We are approved with conditions at Taylor Bean.
> With that said.  Keith has
> offered us use of his account for loans available
> right now.  Once
> conditions are cleared they will be transferred into
> the AMC pipe.
>
> Let me know if you need access.
>
> Sincerely,
>
>   HYPERLINK

```
> "http://www.dylankramer.com/images/dksig.gif"
>
> Dylan Kramer
>
>
>
>
>
>
>
>
> No virus found in this outgoing message.
> Checked by AVG Free Edition.
> Version: 7.5.472 / Virus Database: 269.9.6/865 -
> Release Date: 6/24/2007
> 8:33 AM
>
>
>
```

---

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.
http://advision.webevents.yahoo.com/mailbeta/features_spam.html

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.9.9/870 - Release Date:
 6/26/2007
10:07 AM


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.9.9/870 - Release Date:
 6/26/2007
10:07 AM



Previous | Next | Back to Messages          Save Message Text | |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy