# EXHIBIT 3



**Adam,**

Do you know if an LO exports a file or files to Fannie format if it leaves a "digital trail" in Encompass? Will management know if someone is taking the files that way?

Sincerely,



Dylan Kramer

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.9.10/873 - Release Date: 6/26/2007 11:54 PM

| Attachments | Attachment scanning provided by: Norton AntiViru |

**Photos:**

Scan and Save to Computer

**dk.jpg** (35k) [View]

Scan and Save to Computer

**dksig.gif** (2k) [View]

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Head

Check Mail | Compose                    Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy