# EXHIBIT 4

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL BASER and  )<br>AMERICA'S MORTGAGE CHOICE,  )<br>LLC  )<br>)<br>Defendants.  ) | Case No. 07 C 6735<br><br>Judge James B. Moran<br><br>Magistrate Judge Susan E. Cox |

**DECLARATION OF ANNA EISNER SEDER IN SUPPORT
OF PLAINTIFF'S RULE 56(f) RESPONSE TO DEFENDANT
MICHAEL BASER'S MOTION FOR SUMMARY JUDGMENT**

I, Anna Eisner Seder, make the following declaration in support of Plaintiff's Rule 56(f) Response to Defendant Michael Baser's Motion for Summary Judgment ("Plaintiff's Rule 56(f) Response"):

1. I am Counsel with the law firm of Schopf & Weiss LLP. I represent the Plaintiff in this case, and am familiar with the procedural posture of the litigation.

2. As of the date of this Declaration, no discovery has taken place. The parties have not exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), they have not conferred pursuant to Rule 26(f) and the Court has not held an initial status conference. Because the parties have not exchanged Rule 26(a) disclosures, pursuant to Federal Rule of Civil Procedure 26(d), First Mortgage has not yet initiated any discovery. Rule 26(d) prohibits a party from seeking "discovery from any source before the parties have conferred as required by Rule 26(f)."

3. Baser's summary judgment motion argues in part that Baser did not exceed authorized access to First Mortgage's computer system and, as a result, First Mortgage cannot establish a cause of action under the Computer Fraud and Abuse Act. Baser's Motion at ¶ 13. To date, the only evidence that First Mortgage has collected is what it was able to glean from Baser's First Mortgage-issued laptop, including an email dated June 28, 2007, in which one AMC employee asked another whether copying files from First Mortgage's confidential customer database, would leave a "digital trail," such that management would know if the files were copied. Ex. 3 to Plaintiff's Rule 56(f) Response.

4. First Mortgage should be allowed to gather additional documents, depose Baser and perhaps some employees of defendant America's Mortgage Choice, LLC ("AMC") and examine Baser's home and AMC-issued computers, before it is required to respond to Baser's Motion.

5. The necessity for obtaining discovery is explained in more detail in Plaintiffs' Rule 56(f) Response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2008

_____
Anna Eisner Seder

2