UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The First Mortgage Corporation,  )<br>  )<br>     Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>Michael Baser and America's Mortgage  )<br>Choice, LLC  )<br>  )<br>     Defendants.  ) | Case No. 07 cv 6735<br>Judge James B. Moran<br>Magistrate Judge Susan E. Cox |

**MOTION FOR LEAVE TO FILE REPLY BRIEF INSTANTER**

NOW COMES the defendant, Michael Baser, by and through his attorney, Norman J. Lerum, and moves this Court for leave to file his reply brief in support of his motion for summary judgment on Count VI and to dismiss for lack of subject matter jurisdiction instanter, and in support thereof, states as follows:

1.  By court order entered February 5, 2008, this Court entered a briefing schedule on the motion for summary judgment on Count VI and to dismiss for lack of subject matter jurisdiction filed by defendant Michael Baser. This Court's February 5, 2008 order provided that Baser's reply brief be filed by March 4, 2008.

2.  This motion, and the reply brief, are being filed together two days late, on March 6, 2008.

3.  Counsel for defendant Michael Baser is a sole practitioner, duly licensed

-1-

in Illinois, engaged in an active trial and appellate practice. Since the filing of plaintiff's response to Baser's motion, counsel for defendant Baser has been engaged in the following, which has the delayed the completion of the foregoing reply brief:

> (a) completed and filed an extensive response on behalf of the plaintiff to defendant's Rule 12(b) motion to dismiss in *Jack Smith v. John Duffey, et al.*, United States District Court for the Northern District of Illinois, Case No. 07 cv 5238 (Judge Darrah);
>
> (b) engaged in several depositions participated in the review of literally thousands of documents in *Nancy Minasola v. Tracy Benson, et al.*, Circuit Court of Cook County, Case No. 06 CH 10912;
>
> (c) prepared appellant's brief in *Country Mutual Insurance Company v. Thomas Olsak, et al.*, Appellate Court of Illinois, First District, Case No. 07-2273;
>
> (d) prepared response on behalf of the plaintiff to defendant's motion for summary judgment in *Burns v. Kroening, et al.*, State of New York, County of Niagara, Index No. 116058.

4. Counsel for defendant Michael Baser apologizes to the Court and to counsel for the plaintiff for the delay. The filing of the reply brief will not prejudice any party, and this motion is not made for any improper purpose, or to delay these proceedings in any way.

WHEREFORE, defendant Michael Baser respectfully requests that leave be granted for the filing of his reply brief in support of his motion for summary judgment instanter.

Respectfully submitted,

_____/s/ Norman J. Lerum_____

                                          Norman J. Lerum, Attorney for Defendant Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603-1913
ARDC # 1622854
Telephone:   312/782-1087
Facsimile:    312/782-3773