# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The First Mortgage Corporation, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>)<br>Michael Baser and America's Mortgage )<br>Choice, LLC )<br>)<br>　　　　Defendants. ) | Case No. 07 cv 6735<br>Judge James B. Moran<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on March 18, 2008 at 9:00 a.m., I shall appear before the Honorable James B. Moran, or any other judge sitting in his place and stead, in Room 1843 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the *Defendant Michael Baser's Motion for Leave to File Reply Brief Instanter*, a copy of which is hereby electronically served upon you.

Respectfully submitted,

___/s/ Norman J. Lerum_____
Norman J. Lerum, Attorney for Defendant Michael Baser

## CERTIFICATE OF SERVICE

I certify that on March 6, 2008 I caused a copy of the above and foregoing Notice and the Motion referred to therein to be served in accordance with the Court's general order on electronic case filing.

___/s/ Norman J. Lerum_____
Norman J. Lerum, Attorney for Defendant Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone:   312.782-1087
Facsimile:    312.782-3773