# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6735 | DATE | 4/30/2008 |
| CASE TITLE | THE FIRST MORTGAGE CORPORATION vs. MICHAEL BASER, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Baser's motion for summary judgment on Count VI and his motion to dismiss for lack of subject matter jurisdiction on the remaining counts [24] is entered and continued, pending plaintiff's deposition of defendant Baser.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|