**EXHIBIT A**

### IN THE UNITED STATES DISTRICT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6735 |
| MICHAEL BASER and AMERICA'S MORTGAGE CHOICE, LLC, | ) ) ) ) | Hon. James B. Moran<br><br>Mag. Judge Susan E. Cox |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, The First Mortgage Corporation and Defendant, America's Mortgage Choice, Inc. f/k/a America's Mortgage Choice, LLC (collectively, the "Settling Parties"), by their respective attorneys, hereby state that they have reached a settlement of the claims between them in the above-captioned action and agree to this Stipulation, which shall be become effective and be filed when and as provided in the Settling Parties' settlement agreement. The parties hereby stipulate to dismiss all counts against America's Mortgage Choice, Inc. in the above-captioned action, in their entirety, with prejudice and without costs to any party, each party to bear its or his own costs and attorneys' fees, with the Court to retain jurisdiction to enforce the settlement agreement between the Settling Parties.

This cause is to continue as to all other defendants.

Respectfully Submitted,

The First Mortgage Corporation

By: /s/ Anna Eisner Seder
       One of Its Attorneys

Jose A. Lopez
Anna Eisner Seder
SCHOPF & WEISS LLP
One S. Wacker Dr., 28th Floor
Chicago, Illinois 60606
(312) 701-9300

Date: 5/22/08

Respectfully Submitted,

America's Mortgage Choice, Inc.

By: /s/ John C. Ellis
       One of Its Attorneys

Richard J. Prendergast
John C. Ellis
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881

Date: 5/14/08