# United States District Court, Northern District of Illinois

*Order Form (01/2005)*

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6735 | **DATE** | 5/29/2008 |
| **CASE TITLE** | THE FIRST MORTGAGE CORP. Vs. MICHAEL BASER, et al | | |

**DOCKET ENTRY TEXT**

Enter Order Of Dismissal With Prejudice Pursuant To Settlement. All counts in Plaintiff's complaint against defendant, America's Mortgage Choice, Inc., including Count II, Count IV, Count V, and Count VI, are dismissed with prejudice, the parties to bear their own costs; and Count III against defendant Baser for Breach of Contract is dismissed with prejudice. The remaining counts against Baser, including Counts I, V and VI, shall continue.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|

2008 MAY 29 PM 3: 12