Case 1:07-cv-06735   Document 40    Filed 05/29/2008   Page 1 of 2
Case 1:07-cv-06735   Document 38-2   Filed 05/28/2008   Page 1 of 2

MHN

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL BASER and ) <br> AMERICA'S MORTGAGE ) <br> CHOICE, LLC, ) <br> ) <br> Defendants. ) | No. 07 C 6735 <br><br> Hon. James B. Moran <br><br> Mag. Judge Susan E. Cox |

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**

Upon the motion of Plaintiff, The First Mortgage Corporation, and Defendant, America's Mortgage Choice, Inc., through their respective attorneys, for the entry of an order dismissing with prejudice all counts in the Complaint against America's Mortgage Choice, Inc., including Count II; Count IV; Count V; and Count VI, as well as Count III against defendant Michael Baser ("Baser") for Breach of Contract. The remaining counts against Baser, including Counts I, V and VI, shall continue.

IT IS HEREBY ORDERED THAT:

1. All Counts in Plaintiff's Complaint against defendant, America's Mortgage Choice, Inc., including Count II, Count IV, Count V, and Count VI, are dismissed with prejudice, the parties to bear their own costs; and

2. Count III against defendant Baser for Breach of Contract is dismissed with prejudice. The remaining counts against Baser, including Counts I, V and VI, shall continue.

ENTER:

_James B. Moran_
Hon. James B. Moran

Dated: 5/29/08

Order Prepared By:
Richard J. Prendergast
John C. Ellis
RICHARD J. PRENDERGAST, LTD.
111 W. Washington, Suite 1100
Chicago, Illinois 60602
(312) 641-0881
Fax: (312) 641-3562


Jose A. Lopez
Anna Eisner Seder
SCHOPF & WEISS LLP
One S. Wacker Dr., 28th Floor
Chicago, Illinois 60606
(312) 701-9300
Fax: (312) 701-9335