# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The First Mortgage Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 cv 6735 |
| v. | ) | Judge James B. Moran |
| | ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage | ) | |
| Choice, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO SET A DEADLINE FOR THE DEPOSITION OF DEFENDANT MICHAEL BASER AND FOR A BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES defendant, Michael Baser, by his attorney, Norman J. Lerum, and moves this Court for an order setting a deadline for the deposition of defendant Michael Baser and for a briefing scheduling on defendant Baser's motion for summary judgment, and in support thereof, states as follows:

1.     On February 1, 2008, defendant Michael Baser filed a motion for summary judgment on Count VI of the complaint and to dismiss for lack of subject matter jurisdiction.

2.     Also on February 1, 2008, defendant Baser filed the Affidavit of Michael Baser, and defendant Michael Baser's Local Rule 56.1 statement in support of defendant's motion. In response, the plaintiff requested further discovery under FRCP 56(f) to oppose defendant Baser's summary judgment motion.

3.     On April 30, 2008, this Court entered Memorandum Opinion and Order

-1-

denying, in part, plaintiff's request for further discovery, and granting, in part, the taking of the deposition of defendant Michael Baser for a limited purpose on a certain issue as defined in this Court's opinion and order. This Court entered and continued Baser's motion for summary judgment on Count IV and his motion to dismiss for lack of subject matter jurisdiction on the remaining counts pending the plaintiff's deposition of defendant Baser.

4.      On May 29, 2008, this Court entered an order of dismissal of defendant America's Mortgage Choice, LLC pursuant to settlement agreement reached between plaintiff and defendant America's Mortgage Choice, LLC.

5.      On May 13, 2008, counsel for plaintiff requested, in writing, that counsel for the plaintiff communicate alternative dates for the deposition of Michael Baser in accord with this Court's order of April 30, 2008. Attached hereto is a copy of a letter dated May 13, 2008 from Baser's counsel to counsel for the plaintiff.

6.      Counsel for the plaintiff has not contacted counsel for defendant Baser for the purpose of scheduling the deposition of defendant Michael Baser.

7.      Defendant Michael Baser wishes that this case proceed in a expedited and efficient manner. Defendant Baser requests that this Court set a deadline for the taking of his deposition and fix a briefing schedule on defendant Baser's pending motions.

WHEREFORE, defendant Michael Baser respectfully requests that this Court set a deadline within which his deposition must be taken pursuant to the terms of this Court's April 30, 2008 order and for a briefing schedule on defendant Baser's pending

-2-

motions.

Respectfully submitted,

Norman J. Lerum, Attorney for Defendant
Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603-1913
ARDC # 1622854
Telephone:   312/782-1087
Facsimile:   312/782-3773