**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| The First Mortgage Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 cv 6735 |
| v. ) | Judge James B. Moran |
| ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage ) | |
| Choice, LLC ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

     NOTICE IS HEREBY GIVEN that on July 10, 2008 at 9:00 a.m., I shall appear before the Honorable James B. Moran, or any other judge sitting in his place and stead, in Room 1843 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the *Defendant's Motion to Set a Deadline For the Deposition of Defendant Michael Baser and for a Briefing Schedule on Defendant's Motion for Summary Judgment* , a copy of which is hereby electronically served upon you.

                                                   Respectfully submitted,

                                                   /s/ Norman J. Lerum
                                                   Norman J. Lerum, Attorney for Defendant Michael Baser

**CERTIFICATE OF SERVICE**

     I certify that on June 20, 2008 I caused a copy of the above and foregoing Notice and the Motion referred to therein to be served in accordance with the Court's general order on electronic case filing.

                                                   /s/ Norman J. Lerum
                                                   Norman J. Lerum, Attorney for Defendant Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone:  312.782-1087
Facsimile:    312.782-3773