IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BASER and AMERICA'S MORTGAGE CHOICE, LLC <br><br> Defendants. | Case No. 07 C 6735 <br><br> Judge James B. Moran <br><br> Magistrate Judge Susan E. Cox |

## PLAINTIFF'S MOTION TO REQUEST SETTLEMENT CONFERENCE

Plaintiff The First Mortgage Corporation ("First Mortgage"), through its attorneys, moves the court to enter an order requiring First Mortgage and Defendant Michael Baser ("Baser") to engage in a court-mediated settlement conference. In support of this Motion, First Mortgage states the following:

1. Baser filed a Motion for Summary Judgment on February 1, 2008, in which Baser claimed that First Mortgage's claim under the Computer Fraud and Abuse Act should be dismissed. First Mortgage responded to Baser's Motion on February 19, 2008. In its response, First Mortgage argued that Baser's Motion was premature because no discovery had taken place. On April 30, 2008, the Court ruled that First Mortgage was entitled to jurisdictional discovery—taking Baser's deposition— before responding to Baser's Motion for Summary Judgment.

2. On April 25, 2008, First Mortgage and defendant America's Mortgage Choice, Inc. executed a settlement agreement. Pursuant to this settlement

182562_1.DOC

agreement, on May 29, 2008, the Court dismissed First Mortgage's claims against America's Mortgage with prejudice.

3. First Mortgage has not yet proceeded with Baser's deposition because First Mortgage and Baser have been engaged in settlement discussions, which recently broke down.

4. First Mortgage believes that this matter can settle with the Court's assistance. Consequently, before proceeding with the jurisdictional discovery and setting a briefing schedule on Baser's summary judgment motion, First Mortgage respectfully requests that the Court order First Mortgage and Baser to engage in a court-mediated settlement conference with Magistrate Judge Cox.

WHEREFORE, First Mortgage respectfully requests that the Court order the parties to engage in a court-mediated settlement conference before briefing Baser's Motion for Summary Judgment.

Dated: June 25, 2008

Respectfully submitted,

s/ Anna Eisner Seder
Anna Eisner Seder (seder@sw.com)
One of the Attorneys for Plaintiff

Jose A. Lopez
Anna Eisner Seder
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

2

## CERTIFICATE OF SERVICE

I, Anna Eisner Seder, an attorney, hereby certify and state that the foregoing **Plaintiff's Motion to Request Settlement Conference** was filed electronically with the Clerk of the Court using the CM/ECF system on this 25th day of June, 2008, which will automatically send email notifications of such filing to the following:

Norman J. Lerum, P.C.
100 West Monroe Street
Suite 2100
Chicago, Illinois 60603
Telephone: 312.782.1087
Facsimile: 312.782.3773

                                              s/ Anna Eisner Seder