IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FIRST MORTGAGE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6735 |
| ) | |
| v. ) | Judge James B. Moran |
| ) | |
| MICHAEL BASER and ) | Magistrate Judge Susan E. Cox |
| AMERICA'S MORTGAGE CHOICE, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### NOTICE OF MOTION

     PLEASE TAKE NOTICE that on July 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois, and present **Plaintiff's Motion to Request Settlement Conference**, a copy of which is attached and served upon you.

Dated:   June 25, 2008                         Respectfully submitted,

                                                          s/ Anna Eisner Seder
                                                          Anna Eisner Seder (seder@sw.com)
                                                          One of the Attorneys for Plaintiff

Jose A. Lopez
Anna Eisner Seder
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

178691_1.doc

## CERTIFICATE OF SERVICE

I, Anna Eisner Seder, an attorney, hereby certify and state that the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 25th day of June, 2008, which will automatically send email notifications of such filing to the following:

Norman J. Lerum, P.C.
100 West Monroe Street
Suite 2100
Chicago, Illinois 60603
Telephone: 312.782.1087
Facsimile: 312.782.3773

                                                                s/ Anna Eisner Seder