UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The First Mortgage Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 cv 6735 |
| v. | ) | Judge James B. Moran |
| | ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage Choice, LLC | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BASER'S RESPONSE TO PLAINTIFF'S MOTION FOR A MANDATORY SETTLEMENT CONFERENCE**

NOW COMES defendant, Michael Baser, and in response to plaintiff's motion for mandatory settlement conference, states as follows:

1.  With all due respect for this Court, defendant Baser believes that it would be a waste of resources and time for him and this Court to engage in any further settlement discussions before a magistrate. The "settlement discussions" referenced in plaintiff's motion were initiated by a telephone call from Mr. Thomas Menke, president of the First Mortgage Corporation, the plaintiff, to Michael Baser. The discussions between the parties were essentially a reiteration of their respective positions. Counsel was not involved in those discussions.

2.  Michael Baser has claims for significant amounts of money against the plaintiff for failure to pay commissions to Baser during Baser's employment with the plaintiff, and for damages arising from the parties' shareholder agreement. Those claims are more appropriate for the state court, and not this Court.

-1-

3. Contrary to the representation made in Paragraph 1 of plaintiff's motion, this Court did not rule on April 30, 2008 that the plaintiff "was entitled to jurisidictional discovery."

This Court ruled plaintiff was entitled to take Baser's deposition on one issue that related to the merits of Baser's pending motion for summary judgment. This Court further ruled that the plaintiff was not entitled to discovery on the other issues relating to the merits of Baser's motion for summary judgment because the plaintiff should possess the evidence needed to respond to the motion.

4. Defendant Baser wishes to expedite this case. The plaintiff should take defendant Baser's deposition as soon as possible and then respond to Baser's pending motion for summary judgment. There is no evidence to support the federal claim brought by the plaintiff and this matter should be decided with dispatch.

WHEREFORE, defendant Michael Baser respectfully requests that this Court deny plaintiff's motion for a mandatory settlement conference and to grant his motion for the entry of a schedule that would include deadlines for the taking of his depostion and for the filing of a written response by the plaintiff to defendant Baser's pending motion for summary judgment.

Respectfully submitted,

/s/ Norman J. Lerum_____
Norman J. Lerum, Attorney for Defendant Michael Baser

Norman J. Lerum, Esq.

Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603-1913
ARDC # 1622854
Telephone:   312/782-1087
Facsimile:    312/782-3773