**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| The First Mortgage Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 cv 6735 |
| v. ) | Judge James B. Moran |
| ) | Magistrate Judge Susan E. Cox |
| Michael Baser and America's Mortgage ) | |
| Choice, LLC ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

Please take notice that on July 3, 2008, I caused to be filed with the United States District Court, Northern District of Illinois: *Defendant Michael Baser's Response for Protective Order*, a copy of which is hereby electronically served upon you.

Respectfully submitted,

_/s/ Norman J. Lerum_
Norman J. Lerum, Attorney for Defendant
Michael Baser

**CERTIFICATE OF SERVICE**

I certify that on July 3, 2008 I caused copies of the above and foregoing referred to herein to be served in accordance with the Court's general order on electronic case filing.

_/s/ Norman J. Lerum_
Norman J. Lerum, Attorney for Defendant
Michael Baser

Norman J. Lerum, Esq.
Norman J. Lerum, P.C.
100 West Monroe Street/Suite 2100
Chicago, IL 60603
Telephone:  312.782-1087
Facsimile:   312.782-3773