**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

The First Mortgage Corporation
                          Plaintiff,

v.                                                      Case No.: 1:07−cv−06735
                                                    Honorable James B. Moran

Michael Baser, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable James B. Moran:Defendant's motion to set a deadline for the deposition of defendant Michael Baser and for a briefing schedule on defendant's motion for summary judgment [41] is granted as stated on the record. Plaintiff's motion to request settlement conference [43] is denied. Deposition of Michael Baser to be taken on or before 8/11/2008. Plaintiff's response to defendant's motion for summary judgment [24] to be filed by 9/22/2008. Defendant's reply to be filed by 9/29/2008. Motion hearing held on 7/10/2008 regarding motion to take deposition and to set a briefing schedule [41]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.