IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6735 |
| | ) | |
| v. | ) | Judge James B. Moran |
| | ) | |
| MICHAEL BASER and | ) | Magistrate Judge Susan E. Cox |
| AMERICA'S MORTGAGE CHOICE, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO AMEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff First Mortgage Corporation (FMC), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), requests that the Court enter an order amending the briefing schedule. In support of the Motion, FMC states as follows:

1. Defendant filed a Motion for Summary Judgment on February 4, 2008.

2. In connection with the Motion, on July 10, 2008, the Court ordered that Defendant Mr. Baser's deposition proceed on or before August 11, 2008. In compliance with that Order, FMC deposed Mr. Baser on August 8, 2008.

3. FMC's response to Defendant's Motion for Summary Judgment is due on September 22, 2008. (July 10, 2008 Order.)

4. FMC has diligently been working on its response to Defendant's Motion for Summary Judgment, but due to scheduling conflicts with other cases, FMC needs an additional 10 days, up to and including October 1, 2008, to respond to Defendant's motion.

5. This extension is not sought for the purposes of delay or any other improper purpose. No party will be prejudiced by this extension.

6. Counsel for Defendant has agreed to this extension of time.

184753_1.DOC

7.   The Parties have also agreed that Defendant shall have up to and including October 15, 2008 to file his reply in support of the Motion for Summary Judgment.

WHEREFORE, for the reasons stated above, Plaintiff First Mortgage Corporation respectfully requests that this Court allow it up to and including October 1, 2008 to respond to Defendant's Motion for Summary Judgment, that Defendant shall have up to and including October 15, 2008 to file his reply in support of his Motion for Summary Judgment, and for any other relief this Court deems just and equitable.

Dated: September 12, 2008

Respectfully submitted,

/s/ Kristen E. Hudson
One of the attorneys for
The First Mortgage Corporation

Jose A. Lopez – ARDC #6229739
(lopez@sw.com)
Anna Eisner Seder – ARDC #6274867
(seder@sw.com)
Kristen E. Hudson – ARDC #6281191
(hudson@sw.com)
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify and state that the foregoing **Agreed Motion To Amend Briefing Schedule on Defendant's Motion for Summary Judgment** was filed electronically with the Clerk of the Court using the CM/ECF system on this 12th day of September, 2008, which will automatically send email notifications of such filing to the following:

>Norman J. Lerum, P.C.
>100 West Monroe Street
>Suite 2100
>Chicago, Illinois 60603
>Telephone: 312.782.1087
>Facsimile: 312.782.3773

>s/ Kristen E. Hudson