IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE FIRST MORTGAGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6735 |
| | ) | |
| v. | ) | Judge James B. Moran |
| | ) | |
| MICHAEL BASER and | ) | Magistrate Judge Susan E. Cox |
| AMERICA'S MORTGAGE CHOICE, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 17, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843, in the United States District Court for the Northern District of Illinois, Eastern Division, and present **Agreed Motion to Amend Briefing Schedule on Defendant's Motion for Summary Judgment**, a copy of which is attached and served upon you.

Dated:   September 12, 2008              Respectfully submitted,


                                         /s/ Kristen E. Hudson
                                         Kristen E. Hudson (hudson@sw.com)
                                         One of the Attorneys for Plaintiff

Jose A. Lopez
Anna Eisner Seder
Kristen E. Hudson
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300 Telephone
312.701.9335 Facsimile

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify and state that the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 12th day of September, 2008, which will automatically send email notifications of such filing to the following:

> Norman J. Lerum, P.C.
> 100 West Monroe Street
> Suite 2100
> Chicago, Illinois 60603
> Telephone: 312.782.1087
> Facsimile: 312.782.3773

/s/ Kristen E. Hudson