**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

The First Mortgage Corporation
                              Plaintiff,

v.                                                Case No.: 1:07−cv−06735
                                                  Honorable James B. Moran

Michael Baser, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

    MINUTE entry before the Honorable James B. Moran:Agreed motion to amend briefing schedule on Defendant's motion for summary judgment [53] is granted. Plaintiff's response to Defendant's motion for summary judgment [24] to be filed by 10/1/2008. Defendants' reply in support of their motion [24] to be filed by 10/15/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.